---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ABP Aventura, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-0789887** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **8751 NW 99 Street** <br> **Miami, FL 33178** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Miami-Dade** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.relaxtheback.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **ABP Aventura, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____4491____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **ABP Aventura, Inc.**
_____    Case number (*if known*) _____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **ABP Aventura, Inc.**                                                              Case number (*if known*) _____

Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **ABP Aventura, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 18, 2025**
MM / DD / YYYY

**X** /s/ Ernest Jordan
Signature of authorized representative of debtor

**Ernest Jordan**
Printed name

Title    **President**

**18. Signature of attorney**

**X** /s/ David R. Softness
Signature of attorney for debtor

Date **March 18, 2025**
MM / DD / YYYY

**David R. Softness**
Printed name

**David R. Softness, PA**
Firm name

**201 South Biscayne Boulevard**
**Suite 2740**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone    **3053413111**    Email address    **david@softnesslaw.com**

**0513229 FL**
Bar number and State

**WRITTEN CONSENT
OF BOARD OF DIRECTORS
OF ABP AVENTURA, INC.
IN LIEU OF MEETING**

The undersigned the President of ABP Aventura, Inc. a Florida for profit company (the "Company"), on behalf of the Board of Directors of the Company (the "Board") hereby consent to the adoption of the resolutions set forth below and direct that this Written Consent in Lieu of Meeting (this "Consent") be filed with the minutes of the proceedings of the Company. Without limitation, the undersigned waive all requirements including, notice and the call of a special meeting of the Board, and ratify this Consent.

1) **RESOLVED**: That, in the judgment of the Board, it has become desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file for voluntary relief under Chapter 11 of the Bankruptcy Code (the "Bankruptcy"); and it is further

2) **RESOLVED**: That, the Company's President, Ernest Jordan ("President"), is hereby designated as the responsible party to act on behalf of the Company in this regard, and the President is hereby authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which she deems necessary or proper in connection with the Bankruptcy; and it is further

3) **RESOLVED**: That, the President is hereby authorized to employ and engage such professionals and experts, including, but not limited to legal counsel in connection with the Bankruptcy under such terms and conditions as he deems appropriate until further direction from the Company; and that the President is hereby authorized to pay fee retainers for any such professional services, and/or agree to such fee arrangements as he deems appropriate in the amounts and upon such terms as the President deems appropriate for fees and for reimbursement of expenses in connection with services to be rendered in the Bankruptcy.

**IN WITNESS WHEREOF**, the undersigned President has read, acknowledged, adopted, ratified and executed this Consent and the actions set forth herein as of the last date set forth below.

ABP Aventura, Inc.

BY: _____

Ernest Jordan
President

Dated: March 18, 2025

**Fill in this information to identify the case:**

Debtor name     **ABP Aventura, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March 18, 2025**          X **/s/ Ernest Jordan**
                                            Signature of individual signing on behalf of debtor

                                            **Ernest Jordan**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>ABP Aventura, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF FLORIDA</strong></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                      12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| All Point 2301 Cattlemen Road Sarasota, FL 34232 | | | | | | $16,709.27 |
| C/O Horizon Properties MMG Plantation CP 18610 N.W. 87 Avenue Suite 204 Hialeah, FL 33015 | | | | | | $10,566.43 |
| Colonial Palms Plaza Shopping Urban Reta 925 South Federal Hwy #700 Boca Raton, FL 33432 | | | | | | $16,286.87 |
| Cozzia 861 S.Oak Park Road Covina, CA 91724 | | | | | | $12,000.00 |
| Glades Plaza, L.P P.O. Box 209372 Austin, TX 78720-9372 | | | | | | $23,261.57 |
| Humantouch 4600 East Conant Street Long Beach, CA 90808-1874 | | | | | | $137,570.00 |
| JPMorgan Chase bank 1450 Brickell Ave Floor 33 Miami, FL 33131 | | | | $126,000.00 | $0.00 | $126,000.00 |

| Debtor | **ABP Aventura, Inc.** | | | Case number *(if known)* | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lifeform 8018-11500-35th St SE Calgary, AB T2Z 2W4 | | | | | | $17,728.29 |
| Medley Industrial, LLC PO Box 645714 Cincinnati, OH 45264 | | | | | | $17,693.63 |
| Newport Retirement Services 200 Dryden Road Dresher, PA 19025 | | | | | | $18,050.43 |
| PGA Commons 5100 PGA Blvd Suite 209 Palm Beach Gardens, FL 33418 | | | | | | $12,327.82 |
| PR II LaCenterra PO Box 856475 Minneapolis, MN 55485 | | | | | | $10,557.27 |
| Regency Centers LP Willow Festival 1568 Solutions Center Chicago, IL 60677-1005 | | | | | | $13,219.61 |
| Relax The Back Corporation 4600 E. Conant Street Long Beach, CA 90808 | | | | | | $88,715.77 |
| Relax The Back Corporation 4600 E. Conant Street Long Beach, CA 90808 | | | | | | $108,978.29 |
| Springbrook Prairie Pavilion c/o Edgemar 2215 York Road Oak Brook, IL 60523 | | | | | | $12,886.52 |
| Tempur-Pedic P.O. Box 632852 Cincinnati, OH 45263-2852 | | | | | | $193,534.31 |

| Debtor | ABP Aventura, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Town & country 750 Town and Country Blvd Suite 220 Houston, TX 77024** | | | | | | **$14,117.01** |
| **University Shops P.O Box 980338 Houston, TX 77098-0338** | | | | | | **$15,025.46** |
| **WRI/Post Oak, Inc A# 117880-032520 P.O. Box 30344 Tampa, FL 33630** | | | | | | **$96,430.00** |

3/18/25  9:01PM

**Fill in this information to identify the case:**

Debtor name    **ABP Aventura, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................................    $      **3,358,190.92**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................    $      **3,358,190.92**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **818,376.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$      **886,464.63**

4.  Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b    $      **1,704,840.63**

3/18/25  9:01PM

| Fill in this information to identify the case: |
|---|
| Debtor name  **ABP Aventura, Inc.** |
| United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.       **Cash on hand** | $173,507.84 |

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | $173,507.84 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **See Attached Schedule**          $618,100.44

8.       **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.       **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.          | $618,100.44 |

| Part 3: | Accounts receivable |
|---|---|

3/18/25  9:01PM

Debtor    **ABP Aventura, Inc.**                                    Case number *(If known)* _____
Name

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:          **40,376.43**        -              **0.00**        = ....              **$40,376.43**
                              face amount              doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                             | **$40,376.43** |
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.      **Raw materials** | | | | |
| 20.      **Work in progress** | | | | |
| 21.      **Finished goods, including goods held for resale** **Inventory** | | **$0.00** | | **$1,852,945.64** |
| 22.      **Other inventory or supplies** | | | | |

23.      **Total of Part 5.**                                                            | **$1,852,945.64** |
         Add lines 19 through 22.  Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
         ■ No
         ☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
         ■ No
         ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

         ■ No.  Go to Part 7.

Debtor    **ABP Aventura, Inc.**                                    Case number *(If known)* _____
Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office Furniture | **$0.00** | | **$544,961.35** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$544,961.35** |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **See attached.** | **$0.00** | | **$44,685.50** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **ABP Aventura, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**51. Total of Part 8.**    $44,685.50
Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** Franchises. | $0.00 | | $83,613.72 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

**66. Total of Part 10.**    $83,613.72
Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **ABP Aventura, Inc.**
_____    Case number *(If known)* _____
Name

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **ABP Aventura, Inc.**                                         Case number *(if known)* _____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $173,507.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $618,100.44 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $40,376.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,852,945.64 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $544,961.35 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $44,685.50 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $83,613.72 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,358,190.92 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,358,190.92 |

3/18/25 9:01PM

**Fill in this information to identify the case:**

Debtor name     **ABP Aventura, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** <br> Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **JP Morgan Chase Bank N.A.** <br> Creditor's Name <br><br> **1450 Brickell Avenue** <br> **33 Floor** <br> **Miami, FL 33131** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **Blanket Lien** | $692,376.00 | $1,852,945.64 |

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **JPMorgan Chase bank** <br> Creditor's Name <br><br> **1450 Brickell Ave** <br> **Floor 33** <br> **Miami, FL 33131** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** | $126,000.00 | $0.00 |

**Describe the lien**
**Term Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

3/18/25  9:01PM

Debtor    **ABP Aventura, Inc.**
Name

Case number (*if known*)

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Navitas Credit Corp** |
|---|---|

Creditor's Name

**201 Executive Center Drive
Suite 100
Columbia, SC 29210**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien          **Unknown**          **Unknown**
**POS Equipment**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**

☑ No
☐ Yes
**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $818,376.00

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **ABP Aventura, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

**2.1** Priority creditor's name and mailing address
**Florida Department of Revenue**
**5050 West Tennessee Street**
**Tallahassee, FL 32399-0125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Sales Tax**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **Unknown**    Priority amount **Unknown**

**2.2** Priority creditor's name and mailing address
**Illinois Department of Revenue**
**PO 19053**
**Springfield, IL 62794-9053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Sales Tax**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **Unknown**    Priority amount **Unknown**

Debtor **ABP Aventura, Inc.**                                   Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**Oklahoma Tax Commission**
**PO 26890**
**Oklahoma City, OK 73126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |

**State Comptroller**
**111 East 17th Street**
**Austin, TX 78774-0100**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**
_____

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.75** |

**A.I.G. American General Life Ins.**
**PO Box 9000**
**Amarillo, TX 79105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,816.92** |

**Alex Orthopedic**
**P.O Box 201442**
**Arlington, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Alignmed Inc.**
**2691 Richter Ave.**
**Ste. 119**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABP Aventura, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,709.27 |
|---|---|---|---|

**All Point**
**2301 Cattlemen Road**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Express Business Gold Card**
**PO 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Leblanc Company**
**129 Jewett St.**
**Gerorgetown, MA 01833**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,056.00 |
|---|---|---|---|

**Anthros**
**416 Bluemound road**
**Waukesha, WI 53188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,329.00 |
|---|---|---|---|

**Bird Dogs Delivery Service LLC**
**3509 NW 22nd Street**
**Oklahoma City, OK 73107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,566.43 |
|---|---|---|---|

**C/O Horizon Properties MMG Plantation CP**
**18610 N.W. 87 Avenue**
**Suite 204**
**Hialeah, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Casper Greenwich street**
**40th Floor**
**New York, Ny 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ABP Aventura, Inc.**
_____    Case number (if known) _____
         Name

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**City of Houston**
**Water Department**
**P.O. Box 1560**
**Houston, TX 77251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $333.21 |

**City of Naperville**
**400 Eagle St**
**Naperville, IL 60540**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**City of Plantation Utilities Dept**
**P.O. Box 31132**
**Tampa, FL 33631-3132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $343.03 |

**City of the Village**
**2304 Manchester Dr.**
**The Village, OK 73120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,286.87 |

**Colonial Palms Plaza Shopping Urban Reta**
**925 South Federal Hwy #700**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ComEd PO box**
**PO BOX 6111**
**CAROL STREAM, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Core Nine Massage Technology**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABP Aventura, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00**

**Cozzia**
861 S.Oak Park Road
Covina, CA 91724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **Unknown**

**David C. Fine, PA**
10729 SW 104 St
Miami, FL 33176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **$0.00**

**FedEx**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **$0.00**

**FPL General Mail Facility**

Miami, FL 33188-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **$189.00**

**Freedom Labor Contractors**
P O Box 276
Lowell, FL 32663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **$0.00**

**Fujiiryoki Inc**
371 VAN NESS WAY
STE 220
Torrance, CA 90501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Garrett Realty & Development**
2211 North Elston Avenue
Chicago, IL 60614

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Landlors claim.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3/18/25  9:01PM

Debtor  **ABP Aventura, Inc.**
_____
Name

Case number (if known) _____

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,261.57 |
|---|---|---|---|

**Glades Plaza, L.P**
**P.O. Box 209372**
**Austin, TX 78720-9372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harris Pillow Supply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hudson Energy**
**P.O. Box 142109**
**Irving, TX 75014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,995.64 |
|---|---|---|---|

**Humanscale**
**15815 Collections Center**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137,570.00 |
|---|---|---|---|

**Humantouch**
**4600 East Conant Street**
**Long Beach, CA 90808-1874**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,408.40 |
|---|---|---|---|

**K & A MFG. INC**
**6703 Zinser Street**
**Schofield, WI 54476**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,728.29 |
|---|---|---|---|

**Lifeform**
**8018-11500-35th St**
**SE Calgary, AB T2Z 2W4**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **ABP Aventura, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.32    **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$2,550.00** |

**McCartys**
**3279 W.  Industrial Loop**
**Coeur D'Alene, ID 83815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.33    **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$50.00** |

**Medcom**
**PO Box 748026**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.34    **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$17,693.63** |

**Medley Industrial, LLC**
**PO Box 645714**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.35    **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **Unknown** |

**Miller Berger**
**20 North Clark St**
**Ste. 525**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.36    **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$10,348.34** |

**Navitas Credit Corp**
**PO BOX 935204**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.37    **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$18,050.43** |

**Newport Retirement Services**
**200 Dryden Road**
**Dresher, PA 19025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.38    **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.      **$0.00** |

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ABP Aventura, Inc.**
       Name

Case number (if known) _____

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OG&E**
**PO Box 24990**
**Oklahoma City, OK 73124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oklahoma Natural Gas**
**PO Box 219296**
**Kansas City, MO 64121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,327.82 |
|---|---|---|---|

**PGA Commons**
**5100 PGA Blvd**
**Suite 209**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,557.27 |
|---|---|---|---|

**PR II LaCenterra**
**PO Box 856475**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ProForma**
**PO Box 640814**
**Cincinnati, OH 45264-0814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.00 |
|---|---|---|---|

**Pronto Delivery Service LLC**
**7420 South Cooper**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $606.24 |
|---|---|---|---|

**Prudential Prudential United States**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ABP Aventura, Inc.**
_____                                    Case number (if known)  _____
Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|---|---|---|

**Public Service Company**
PO Box 24401
Canton, OH 04701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.19** |
|------|---|---|---|

**Quality Plus Cleaning Systems, Inc.**
P.O. Box 2526
Fort Lauderdale, FL 33303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,219.61** |
|------|---|---|---|

**Regency Centers LP**
**Willow Festival**
**1568 Solutions Center**
Chicago, IL 60677-1005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|------|---|---|---|

**Relax the Back Corporation**
**4600 East Conant Street**
90808

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$108,978.29** |
|------|---|---|---|

**Relax The Back Corporation**
**4600 E. Conant Street**
Long Beach, CA 90808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88,715.77** |
|------|---|---|---|

**Relax The Back Corporation**
**4600 E. Conant Street**
Long Beach, CA 90808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$535.00** |
|------|---|---|---|

**Sealy**
Box 932621
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | ABP Aventura, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,886.52**

**Springbrook Prairie Pavilion c/o Edgemar**
**2215 York Road**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$458.97**

**T Mobile**
**PO Box 790047**
**St. Louis, MO 63179-0047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,408.00**

**Technogel US Inc**
**730 Holiday Dr.**
**Suite 330**
**Pittsburgh, PA 15220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193,534.31**

**Tempur-Pedic**
**P.O. Box 632852**
**Cincinnati, OH 45263-2852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Terranova Corporation**
**801 Arthur Godfrey RD.**
**#600**
**Miami Beach, FL 33140**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,827.65**

**The Hartford Billing Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,115.19**

**TM Market Street, LLC**
**PO Box 846133**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3/18/25 9:01PM

Debtor **ABP Aventura, Inc.**
_____
Name

Case number (if known) _____

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,117.01 |

**Town & country**
**750 Town and Country Blvd**
**Suite 220**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.81 |

**Town of Medley Water & Sewer Depart.**
**7777 NW 72 Avenue**
**Medley, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,025.46 |

**University Shops**
**P.O Box 980338**
**Houston, TX 77098-0338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**URS Agents LLC**

**Suite 650**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $932.41 |

**US Acquisition Property XIII, LLC**
**8252 S Harvard Ave**
**Ste 100**
**Tulsa, OK 74137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,583.33 |

**VPN, LLC**
**16368 Morningside Dr.**
**Edmond, OK 73013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Worldwide Express FtL**
**PO Box 733360**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3/18/25  9:01PM

| Debtor | **ABP Aventura, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96,430.00** |
|---|---|---|---|

**WRI/Post Oak, Inc**
**A# 117880-032520**
**P.O. Box 30344**
**Tampa, FL 33630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Zomma Group**
**355 ALHAMBRA CIRCLE**
**SUITE 1100**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ricardo Reyes, Esq.**<br>**Tobin Reyes**<br>**Mizner Park Office Tower**<br>**Suite 510**<br>**Boca Raton, FL 33432** | Line  **3.57**<br><br>☐  Not listed. Explain ____ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 886,464.63 |
| 5c. Total of Parts 1 and 2<br> Lines 5a + 5b = 5c. | 5c. | $ | 886,464.63 |

3/18/25  9:01PM

**Fill in this information to identify the case:**

Debtor name  **ABP Aventura, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **1901 Clybourn, LLC<br>2211 N. Elston<br>Suite 308<br>Chicago, IL 60614** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest  **Point of Sale Software** <br><br> State the term remaining  **3 years 3 months** <br><br> List the contract number of any government contract | **All Point Retail Services<br>2301 Cattleman Road<br>Sarasota, FL 34232** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest  **Retail lease at 13619 South Dixie Highway, Suite 129, Miami, FL 33176** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Colonial Palms Plaza Shopping Urban Reta<br>925 South Federal Hwy #700<br>Boca Raton, FL 33432** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest  **Retail Lease at 2200 W Glades Rd, Ste 101, Boca raton, FL 33431** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Glades Plaza  L.P.<br>P.O. Box 209372<br>Austin, TX 78720-9372** |

3/18/25  9:01PM

Debtor 1    **ABP Aventura, Inc.**
_____    Case number (*if known*) _____
First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease at 214 University Drive, Plantation, FL 33324** | |
| State the term remaining | **Horizon Properties MMG Plantation CP 18610 N.W. 87 Avenue Suite 204 Hialeah, FL 33015** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Warehouse Office at 8751 NW 99th St., Medley, FL 33178** | |
| State the term remaining | **Medley Industrial, LLC PO Box 645714 Cincinnati, OH 45264** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Financial Software** | |
| State the term remaining — **One year** | **Netsuite 500 Oracle Parkway Redwood City, CA 94065** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease at 4550 PGA Blvd, Ste 101, Palm Beach gardens, FL 33418** | |
| State the term remaining | **PGA Commons 5100 PGA Blvd. Suite 209 Palm Beach Gardens, FL 33418** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease at 23501 Cinco Ranch Blvd, Ste H 110, Katy, TX 77494** | |
| State the term remaining | **PR II LaCenterra PO Box 856475 Minneapolis, MN 55485** |
| List the contract number of any government contract | |

3/18/25  9:01PM

| Debtor 1 | ABP Aventura, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 20533 Biscayne Blvd, Ste 6, Aventura, FL 33180** | |
|---|---|---|---|
| | State the term remaining | | **Promventure Limited Partnership** |
| | List the contract number of any government contract | | **3200 N Federal Hwy Fort Lauderdale, FL 33306** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 840 Willow Rd, Ste F, Northbrook, IL 60062** | |
|---|---|---|---|
| | State the term remaining | | **Regency Centers LP - Willow Festival** |
| | List the contract number of any government contract | | **1568 Solutions Center Chicago, IL 60677-1005** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Franchisor** | |
|---|---|---|---|
| | State the term remaining | | **Relax the Back Corp.** |
| | List the contract number of any government contract | | **4600 East Conant Street Long Beach, CA 90808** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 2555 W 75th St, Ste 117, Naperville, IL 60540** | |
|---|---|---|---|
| | State the term remaining | | **Springbrook Prairie Pavilion c/o Edgemar** |
| | List the contract number of any government contract | | **2215 York Road Oak Brook, IL 60523** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 212 Miracle Mile, Coral Gables, FL 33134** | |
|---|---|---|---|
| | State the term remaining | | **Terranova Corporation** |
| | List the contract number of any government contract | | **801 Arthur Godfrey Road #600 Miami Beach, FL 33140** |

3/18/25  9:01PM

Debtor 1  **ABP Aventura, Inc.**
First Name    Middle Name    Last Name

Case number (*if known*) _____



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest **Retail Lease at 780 W Sam Houston Pkwy N, Ste 300, Houston, TX 77024**<br>State the term remaining<br>List the contract number of any government contract | **Town & Country Village**<br>**750 Town and Country Blvd**<br>**Suite 220**<br>**Houston, TX 77024** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest **Retail Lease at 5314 Kirby Dr., Houston TX 77005**<br>State the term remaining<br>List the contract number of any government contract | **University Shops**<br>**P.O Box 980338**<br>**Houston, TX 77098-0338** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest **Retail Lease at 8421 E 61st St, Ste H, Tulsa, OK 74133**<br>State the term remaining<br>List the contract number of any government contract | **US Acquisition Property XIII, LLC**<br>**8252 S Harvard Ave**<br>**Ste 100**<br>**Tulsa, OK 74137** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest **Retail Lease at 10505 N May Ave, Oklahoma City, OK 73120**<br>State the term remaining<br>List the contract number of any government contract | **VPN, LLC**<br>**16368 Morningside Dr.**<br>**Edmond, OK 73013** |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest **Retail Lease at 5000 Westheimer Rd, Suite 590, Houston, TX 77056**<br>State the term remaining<br>List the contract number of any government contract | **WRI/Post Oak  Inc.**<br>**A# 117880-032520**<br>**P.O. Box 30344**<br>**Tampa, FL 33630** |

3/18/25 9:01PM

**Fill in this information to identify the case:**

Debtor name  **ABP Aventura, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 206H
# Schedule H: Your Codebtors                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**  —  Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Charles Keyser** | **40 Grandview Drive Asheville, NC 28806** | **JP Morgan Chase Bank N.A.** | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Charles Keyser** | **40 Grandview Drive Asheville, NC 28806** | **Relax The Back Corporation** | ☐ D ____<br>■ E/F  **3.50**<br>☐ G ____ |
| 2.3 | **Charles Keyser** | **40 Grandview Drive Asheville, NC 28806** | **American Express Business Gold Card** | ☐ D ____<br>■ E/F  **3.5**<br>☐ G ____ |
| 2.4 | **Ernest Jordan** | **1090 NW North River Drive #304 Miami, FL 33136** | **JP Morgan Chase Bank N.A.** | ■ D  **2.1**<br>☐ E/F ____<br>☐ G ____ |

3/18/25  9:01PM

| Debtor | **ABP Aventura, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.5 | **Ernest Jordan** | **1090 NW North River Drive #304 Miami, FL 33136** | **Relax The Back Corporation** | ☐ D _____ ■ E/F ___3.50___ ☐ G _____ |

| 2.6 | **Ernest Jordan** | **1090 NW North River Drive #304 Miami, FL 33136** | **American Express Business Gold Card** | ☐ D _____ ■ E/F ___3.5___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **ABP Aventura, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other  _____ | $12,833,182.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.    **SEE ATTACHED LIST** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

| Debtor | ABP Aventura, Inc. | Case number *(if known)* | |
|---|---|---|---|

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Sales and Use Tax Audit FL Department of Revenue #200324664 | | | ☐ Pending ☐ On appeal ■ Concluded |
| 7.2. | Overtime Complaint 021556-2023 | | | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. | Union Planters (Edens) LLC v. ABP Aventura, Inc. 24-9207 | Breach of Lease | FL Cir. Broward | ☐ Pending ☐ On appeal ■ Concluded |
| 7.4. | Garrett Realty & Development v ABP Aventura, Inc. 2024L2773 | Breach of Lease | Circuit Court, Cook County, IL | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | Terranova Corporation v ABP Aventura, Inc. 2024-2902-CA-01 (CA07) | Breach of Lease | Circuit Court, Miami Dade County, FL | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **ABP Aventura, Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Easter Seals** | **$6,300 Over preceding three years** | | **$6,300.00** |
| | Recipients relationship to debtor | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? <br> Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **David R. Softness, P.A.** <br> **9851 SW 73 Avenue** <br> **Miami, FL 33156** | | **Various dates over prior year. Not all for insolvency advice.** | **$43,500.00** |
| | Email or website address <br> **david@softnesslaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

Debtor    **ABP Aventura, Inc.**                                                              Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, addresses and phone numbers.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401K** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

Debtor     **ABP Aventura, Inc.**                                    Case number *(if known)*

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Bonus Plan** | EIN: |

Has the plan been terminated?

■ No

☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Prologis**<br>**4525 South Pinemount**<br>**Suite 104**<br>**Houston, TX 77041** | **Unit was closed and vacated on August 1, 2024** | **Inventory** | ■ No<br>☐ Yes |
| **Medley Industrial**<br>**8751 NW 99 Street**<br>**Miami, FL 33178** | **Sacha Jordan**<br>**Lakiesha Cochrane**<br>**Wayne Skalka**<br>**Lucas Mederos**<br>**Charles Keyser**<br>**Ernest Jordan** | **Inventory** | ☐ No<br>■ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor    **ABP Aventura, Inc.** _____    Case number *(if known)* _____

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Sacha Jordan**<br>**c/o Debtor** | **February 2004 to date** |
| 26a.2.    **Lakiesha Cochrane**<br>**c/o Debtor** | **July 2005 to date** |

| Debtor | ABP Aventura, Inc. | Case number *(if known)* | |
|---|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **David C. Fine, P.A.**<br>**10729 SW 104 Street**<br>**Miami, FL 33176** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Zomma Group**<br>**355 Alhambra Circle**<br>**Suite 1100**<br>**Miami, FL 33134** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **JP Morgan Chase**<br>**1450 Brickell Avenue**<br>**Miami, FL 33131** |
| 26d.2.    **Fiserve**<br>**8400 NW 33 Street**<br>**#104**<br>**Miami, FL 33122** |
| 26d.3.    **PR II LaCenterra**<br>**PO 856475**<br>**Minneapolis, MN 55485** |
| 26d.4.    **American Express**<br>**1500 NW 136 Avenue**<br>**Fort Lauderdale, FL 33323** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   Wayne Skalka, Sacha Jordan, Store Manager | 10/9/24 | 154,471.14<br>Store 142 |

| Name and address of the person who has possession of inventory records |
|---|
| Debtor |

Debtor    **ABP Aventura, Inc.**                                          Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | **Wayne Skalka, Sacha Jordan, Store Manager** | | **125,076.08** |
| | | **11.13.24** | **Store 142** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Debtor** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ernest Jordan** | **1090 /NW North River Drive #304 Miami, FL 33136** | **Stockholder** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Charles Keyser** | **40 Grand View Drive Asheville, NC 28806** | **Stockholder** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Stephen McCoy** | **1800 Purdy Avenue #1506 Miami Beach, FL 33139** | **Stockholder** | **9.5** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Brian Cairo** | **17707 Belle Vie Lane Conroe, TX 77302** | **Stockholder** | **5** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **SEE ATTACHED LIST** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor    **ABP Aventura, Inc.**                                                    Case number *(if known)*

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 18, 2025**

**/s/ Ernest Jordan**                                           **Ernest Jordan**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ☑ No
- ☐ Yes

3/18/25 9:01PM

# United States Bankruptcy Court
## Southern District of Florida

In re **ABP Aventura, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Cairo**<br>**17702 Belle Vie Lane**<br>**Conroe, TX 77302** | | | |
| **Charles Keyser**<br>**40 Grandview Drive**<br>**Asheville, NC 28806** | | | |
| **Ernest Jordan**<br>**1090 NW North River Drive**<br>**#304**<br>**Miami, FL 33136** | | | |
| **Stephen McCoy**<br>**1800 Purdy Avenue**<br>**Apt. 1506**<br>**Miami Beach, FL 33139** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 18, 2025**

Signature **/s/ Ernest Jordan**

**Ernest Jordan**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **ABP Aventura, Inc.** _____   Case No. _____

_____ Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 18, 2025** _____    **/s/ Ernest Jordan** _____

                                            **Ernest Jordan**/**President**
                                            Signer/Title

1901 Clybourn, LLC
2211 N. Elston
Suite 308
Chicago, IL 60614


A.I.G. American General Life Ins.
PO Box 9000
Amarillo, TX 79105


Alex Orthopedic
P.O Box 201442
Arlington, TX 76006


Alignmed Inc.
2691 Richter Ave.
Ste. 119
Irvine, CA 92606


All Point
2301 Cattlemen Road
Sarasota, FL 34232


All Point Retail Services
2301 Cattleman Road
Sarasota, FL 34232


American Express Business Gold Card
PO 981535
El Paso, TX 79998-1535


Andrew Leblanc Company
129 Jewett St.
Gerorgetown, MA 01833


Anthros
416 Bluemound road
Waukesha, WI 53188


Bird Dogs Delivery Service LLC
3509 NW 22nd Street
Oklahoma City, OK 73107

```
C/O Horizon Properties MMG Plantation CP
18610 N.W. 87 Avenue
Suite 204
Hialeah, FL 33015


Casper Greenwich street
40th Floor
New York, Ny 10007


Charles Keyser
40 Grandview Drive
Asheville, NC 28806


City of Houston
Water Department
P.O. Box 1560
Houston, TX 77251


City of Naperville
400 Eagle St
Naperville, IL 60540


City of Plantation Utilities Dept
P.O. Box 31132
Tampa, FL 33631-3132


City of the Village
2304 Manchester Dr.
The Village, OK 73120


Colonial Palms Plaza Shopping Urban Reta
925 South Federal Hwy #700
Boca Raton, FL 33432


Colonial Palms Plaza Shopping Urban Reta
925 South Federal Hwy #700
Boca Raton, FL 33432


ComEd PO box
PO BOX 6111
CAROL STREAM, IL 60614


Core Nine Massage Technology
```

Cozzia
861 S.Oak Park Road
Covina, CA 91724


David C. Fine, PA
10729 SW 104 St
Miami, FL 33176


Ernest Jordan
1090 NW North River Drive
#304
Miami, FL 33136


FedEx


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0125


FPL General Mail Facility
Miami, FL 33188-0001


Freedom Labor Contractors
P O Box 276
Lowell, FL 32663


Fujiiryoki Inc
371 VAN NESS WAY
STE 220
Torrance, CA 90501


Garrett Realty & Development
2211 North Elston Avenue
Chicago, IL 60614


Glades Plaza  L.P.
P.O. Box 209372
Austin, TX 78720-9372


Glades Plaza, L.P
P.O. Box 209372
Austin, TX 78720-9372

Harris Pillow Supply


Horizon Properties MMG Plantation CP
18610 N.W. 87 Avenue
Suite 204
Hialeah, FL 33015


Hudson Energy
P.O. Box 142109
Irving, TX 75014


Humanscale
15815 Collections Center
Chicago, IL 60693


Humantouch
4600 East Conant Street
Long Beach, CA 90808-1874


Illinois Department of Revenue
PO 19053
Springfield, IL 62794-9053


JP Morgan Chase Bank N.A.
1450 Brickell Avenue
33 Floor
Miami, FL 33131


JPMorgan Chase bank
1450 Brickell Ave
Floor 33
Miami, FL 33131


K & A MFG. INC
6703 Zinser Street
Schofield, WI 54476


Lifeform
8018-11500-35th St
SE Calgary, AB T2Z 2W4


McCartys
3279 W. Industrial Loop
Coeur D'Alene, ID 83815

Medcom
PO Box 748026
Atlanta, GA 30374


Medley Industrial, LLC
PO Box 645714
Cincinnati, OH 45264


Medley Industrial, LLC
PO Box 645714
Cincinnati, OH 45264


Miller Berger
20 North Clark St
Ste. 525
Chicago, IL 60602


Navitas Credit Corp
PO BOX 935204
Atlanta, GA 31193


Navitas Credit Corp
201 Executive Center Drive
Suite 100
Columbia, SC 29210


Netsuite
500 Oracle Parkway
Redwood City, CA 94065


Newport Retirement Services
200 Dryden Road
Dresher, PA 19025


Nicor Gas
PO Box 5407
Carol Stream, IL 60197


OG&E
PO Box 24990
Oklahoma City, OK 73124


Oklahoma Natural Gas
PO Box 219296
Kansas City, MO 64121

```
Oklahoma Tax Commission
PO 26890
Oklahoma City, OK 73126


PGA Commons
5100 PGA Blvd
Suite 209
Palm Beach Gardens, FL 33418


PGA Commons
5100 PGA Blvd.
Suite 209
Palm Beach Gardens, FL 33418


PR II LaCenterra
PO Box 856475
Minneapolis, MN 55485


PR II LaCenterra
PO Box 856475
Minneapolis, MN 55485


ProForma
PO Box 640814
Cincinnati, OH 45264-0814


Promventure Limited Partnership
3200 N Federal Hwy
Fort Lauderdale, FL 33306


Pronto Delivery Service LLC
7420 South Cooper
Arlington, TX 76001


Prudential Prudential United States


Public Service Company
PO Box 24401
Canton, OH 04701


Quality Plus Cleaning Systems, Inc.
P.O. Box 2526
Fort Lauderdale, FL 33303
```

Regency Centers LP
Willow Festival
1568 Solutions Center
Chicago, IL 60677-1005


Regency Centers LP - Willow Festival
1568 Solutions Center
Chicago, IL 60677-1005


Relax the Back Corp.
4600 East Conant Street
Long Beach, CA 90808


Relax the Back Corporation
4600 East Conant Street
90808


Relax The Back Corporation
4600 E. Conant Street
Long Beach, CA 90808


Relax The Back Corporation
4600 E. Conant Street
Long Beach, CA 90808


Ricardo Reyes, Esq.
Tobin Reyes
Mizner Park Office Tower
Suite 510
Boca Raton, FL 33432


Sealy
Box 932621
Atlanta, GA 31193


Springbrook Prairie Pavilion c/o Edgemar
2215 York Road
Oak Brook, IL 60523


Springbrook Prairie Pavilion c/o Edgemar
2215 York Road
Oak Brook, IL 60523

```
State Comptroller
111 East 17th Street
Austin, TX 78774-0100


T Mobile
PO Box 790047
St. Louis, MO 63179-0047


Technogel US Inc
730 Holiday Dr.
Suite 330
Pittsburgh, PA 15220


Tempur-Pedic
P.O. Box 632852
Cincinnati, OH 45263-2852


Terranova Corporation
801 Arthur Godfrey RD.
#600
Miami Beach, FL 33140


Terranova Corporation
801 Arthur Godfrey Road
#600
Miami Beach, FL 33140


The Hartford Billing Company


TM Market Street, LLC
PO Box 846133
Dallas, TX 75284


Town & country
750 Town and Country Blvd
Suite 220
Houston, TX 77024


Town & Country Village
750 Town and Country Blvd
Suite 220
Houston, TX 77024
```

```
Town of Medley Water & Sewer Depart.
7777 NW 72 Avenue
Medley, FL 33166


University Shops
P.O Box 980338
Houston, TX 77098-0338


University Shops
P.O Box 980338
Houston, TX 77098-0338


URS Agents LLC
Suite 650
Duluth, GA 30096


US Acquisition Property XIII, LLC
8252 S Harvard Ave
Ste 100
Tulsa, OK 74137


US Acquisition Property XIII, LLC
8252 S Harvard Ave
Ste 100
Tulsa, OK 74137


VPN, LLC
16368 Morningside Dr.
Edmond, OK 73013


VPN, LLC
16368 Morningside Dr.
Edmond, OK 73013


Worldwide Express FtL
PO Box 733360
Dallas, TX 75373


WRI/Post Oak  Inc.
A# 117880-032520
P.O. Box 30344
Tampa, FL 33630
```

```
WRI/Post Oak, Inc
A# 117880-032520
P.O. Box 30344
Tampa, FL 33630


Zomma Group
355 ALHAMBRA CIRCLE
SUITE 1100
Miami, FL 33134
```