**Fill in this information to identify the case:**

Debtor name  **ABP Aventura, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **25-12901-LMI**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*   **A/B -D - E - F - G**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration   **Verify Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 18, 2025**          *X* **/s/ Ernest Jordan**
                                        Signature of individual signing on behalf of debtor

                                        **Ernest Jordan**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

4/18/25  9:48AM

**Fill in this information to identify the case:**

Debtor name **ABP Aventura, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **25-12901-LMI**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................   $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................   $ **2,672,917.99**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................   $ **2,672,917.99**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ **819,026.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................   $ **132,775.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................   +$ **1,495,523.56**

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b

   $ **2,447,324.56**

**Fill in this information to identify the case:**

Debtor name  **ABP Aventura, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **25-12901-LMI**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.        **Cash on hand** | $173,507.84 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)         Type of account          Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*

| 5.    **Total of Part 1.** | $173,507.84 |
|---|---|
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1.    **See Attached Schedule** | $145,680.00 |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 9.    **Total of Part 2.** | $145,680.00 |
|---|---|
| Add lines 7 through 8. Copy the total to line 81. | |

Debtor  **ABP Aventura, Inc.**                                        Case number *(If known)* **25-12901-LMI**
Name

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **40,376.43** | - | **0.00** | = .... | **$40,376.43** |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$40,376.43** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Inventory - See Attached List** | | **$0.00** | | **$1,658,217.00** |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | **$1,658,217.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Debtor    **ABP Aventura, Inc.**
Name

Case number *(If known)* **25-12901-LMI**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** **Office Furniture** | **$0.00** | | **$523,915.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| **$523,915.00** |
| --- |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2016 Transit Connect (Truck)** | **$0.00** | | **$5,000.00** |
| 47.2.  **2023 Isuzu Trruck** | **$62,353.00** | **Recent cost** | **$42,608.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| Debtor | **ABP Aventura, Inc.** | Case number *(If known)* **25-12901-LMI** |
|---|---|---|
| | Name | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$47,608.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** Franchises. | $0.00 | | $83,613.72 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$83,613.72

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 11:    All other assets

| Debtor | **ABP Aventura, Inc.** | Case number *(If known)* **25-12901-LMI** |
|---|---|---|
| | Name | |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Potential claim against POS Software provider (All Points)**                                                           **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                                 **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **ABP Aventura, Inc.** | Case number *(If known)* **25-12901-LMI** |
|--------|------------------------|-------------------------------------------|
| | Name | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $173,507.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $145,680.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $40,376.43 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,658,217.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $523,915.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $47,608.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $83,613.72 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,672,917.99 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,672,917.99 |

# EXHIBIT 1

# DEPOSITS

**Security Rent Deposits**         2024     19200

| Date | Store | LandLord | Amount | Notes |
|------|-------|----------|--------|-------|
| 8/8/2002 | Miracle Mile | Starwood Urban Retail | $ 18,194.26 | pending settlement |
| 12/18/2002 | Palm Beach Gardens | PGA Commons, LLC | $ 11,467.08 | |
| 9/3/2003 | Miami DC | Pelmad Corporation | $ 12,600.00 | |
| 1/1/2000 | Plantation | | $ 13,144.00 | |
| 1/1/2000 | Miami | | $ 7,133.48 | |
| 1/1/2000 | Aventura | | $ 7,467.40 | |
| 1/1/2000 | Boca | | $ 5,800.00 | |
| 9/6/2005 | Houston Galleria | WRI/Post Oak, Inc. | $ 8,750.74 | pending settlement |
| 9/28/2012 | WoodLands | TM Market Street | $ 7,258.84 | need to request refund |
| 5/23/2013 | DCH | Prologis | $ 3,500.00 | need to request refund |
| 9/1/2023 | DCH | Prologis | $ 2,818.15 | need to request refund |
| 7/1/2013 | Katy | LaCenterra | $ 8,800.00 | |
| 6/4/2015 | Tulsa | US Acquisition Property XI | $ 2,729.00 | |
| 3/1/2019 | Naperville | MEPT | $ 9,692.91 | |
| 3/1/2019 | Chicago | Garrett | $ 13,479.96 | pending settlement |
| 3/1/2019 | Northbrook | Regency | $ 12,845.09 | |
| | | | $ 145,680.91 | |

CLOSED STORE

# EXHIBIT 2

# INVENTORY

| PLU | store description | Quantity On Hand | Inventory Value On Hand |
|---|---|---:|---:|
| 100002 | Misc | 1 | $ - |
| 100045 | Pillowcase For Bed Wedge 24x24x7 | -1 | $ (12.00) |
| 100049 | Pillowcase For Leg Wedge 20x25x6 | 11 | $ 132.00 |
| 100051 | Pillowcase For Leg Wedge 20x25x8 | 2 | $ 24.00 |
| 100052 | Pillowcase For Side Sleeper 36x24x8 | -1 | $ (14.70) |
| 100053 | Pillowcase for Convertible Back Wedge 16x23.5x24 | 12 | $ 189.00 |
| 100054 | Pillowcase for ContourSleep Posture Cushion 20x25x6 | 8 | $ 96.00 |
| 100055 | Pillowcase for ContourSlope Knee Lift 20x24x6.5 | 11 | $ 138.60 |
| 100056 | Pillowcase for ContourSlope Knee Lift 10 Inch 24x20x10 | 2 | $ 25.20 |
| 100058 | Pillowcase for ContourSlope Knee Lift 24x24x8 | 1 | $ 12.60 |
| 100059 | Pillowcase For ContourSleep Wide Side Sleeper 36x32x8 | 14 | $ 249.90 |
| 100061 | Pillowcase Set for PureFit Wedge system | 37 | $ 962.00 |
| 100065 | Foam Roller 4x36 | 5 | $ 53.65 |
| 100131 | ***Cover for Leg Wedge 20x25x8 | 1 | $ 16.50 |
| 100149 | Cover for ContourSleep Wide Side Sleeper 36x32x8 | 1 | $ 21.00 |
| 100152 | ***Cover for ContourSlope Knee Lift 8 Inch 24x24x8 | -1 | $ (15.00) |
| 100169 | ContourSit Car Cushion 16x13x3 to 1 | 1 | $ 17.00 |
| 100171 | Leg Wedge 20x25x4 | 15 | $ 337.50 |
| 100188 | PureFit Adjustable Wedge System by Relax The Back | 38 | $ 5,434.00 |
| 100189 | ContourSleep Cervical Roll 14x6.5x3 | 39 | $ 702.00 |
| 100191 | ContourSleep Bed Wedge 16x23.5x24 | 47 | $ 3,431.00 |
| 100196 | ContourSleep Side Sleeper 36x24x8 | 51 | $ 2,958.00 |
| 100198 | ContourSleep Side Sleeper-Wide 36x32x8 | 3 | $ 222.00 |
| 100199 | Contour Lumbar Cushion Memory Foam 13x14x5 | 1 | $ 23.10 |
| 100209 | Contour Cushion 14x13x4 | 45 | $ 1,620.00 |
| 100214 | Contour Lumbar/Cervical Cushion 17.5x14x4.5 | 67 | $ 1,825.75 |
| 100215 | ContourSleep Knee Spacer 9x7.5x5 | 46 | $ 1,039.60 |
| 100216 | Vinyl Cover for ContourSleep Knee Spacer 9x7.5x5 | -2 | $ (22.50) |
| 100217 | ContourSleep Posture Cushion 20x25x6 | 42 | $ 1,533.00 |
| 100219 | ContourSleep Leg Wedge 20x25x6 | 28 | $ 1,148.00 |

| | | | |
|---|---|---|---|
| 100223 | ContourSlope Knee Lift 20x24x6.5 | 40 | $ 1,840.00 |
| 100224 | ContourSlope Knee Lift 24x20x8 | 10 | $ 480.00 |
| 100225 | ContourSlope Knee Lift 24x24x10 | 1 | $ 50.00 |
| 100226 | ContourSleep Lumbar Pad 28x12 | 40 | $ 1,400.00 |
| 100228 | ContourSit Wedge 16x15x2-3.5 | 49 | $ 1,617.00 |
| 100239 | ***Case for RTB Cervical Roll | 11 | $ 96.47 |
| 100240 | ***Case for RTB Knee Spacer | 5 | $ 46.15 |
| 100253 | Posture Shirt - Zip Up Men | 1 | $ 45.60 |
| 100281 | Posture Shirt - Pullover Men | 1 | $ 45.60 |
| 100301 | ***Benest Foot Massager | 1 | $ 255.00 |
| 100402 | Confourm Neck Pillow by Relax The Back 5.5 Inch | 55 | $ 3,135.00 |
| 100403 | Confourm Neck Pillow by Relax The Back 4.5 Inch | 63 | $ 3,150.00 |
| 100404 | Confourm Neck Pillow by Relax The Back 3.5 Inch | 71 | $ 3,195.00 |
| 100458 | GenuTrain Knee Brace | 1 | $ 41.50 |
| 100460 | GenuTrain Knee Brace | 7 | $ 290.50 |
| 100461 | GenuTrain Knee Brace | 2 | $ 83.00 |
| 100462 | GenuTrain Knee Brace | 2 | $ 83.00 |
| 100463 | GenuTrain Knee Brace | 2 | $ 83.00 |
| 100464 | GenuTrain Knee Brace | 1 | $ 41.50 |
| 100471 | GenuTrain Knee Brace | 4 | $ 166.00 |
| 100472 | GenuTrain Knee Brace | 2 | $ 83.00 |
| 100473 | GenuTrain Knee Brace | 4 | $ 166.00 |
| 100474 | GenuTrain Knee Brace | 2 | $ 83.00 |
| 100475 | GenuTrain Knee Brace | 2 | $ 83.00 |
| 100476 | GenuTrain Knee Brace | 8 | $ 332.00 |
| 100477 | GenuTrain Knee Brace | 11 | $ 456.50 |
| 100478 | GenuTrain Knee Brace | 4 | $ 166.00 |
| 100481 | GenuTrain Comfort Size Knee Brace | 1 | $ 41.50 |
| 100493 | ManuTrain Wrist Brace Left | 1 | $ 52.50 |
| 100524 | LumboTrain Back Brace Men | 3 | $ 262.50 |
| 100525 | LumboTrain Back Brace Men | 12 | $ 1,050.00 |
| 100526 | LumboTrain Back Brace Men | 15 | $ 1,312.50 |
| 100527 | LumboTrain Back Brace Men | 12 | $ 1,050.00 |
| 100528 | LumboTrain Back Brace Men | 9 | $ 787.50 |
| 100529 | LumboTrain Back Brace Men | 1 | $ 87.50 |
| 100530 | LumboTrain Back Brace Men | -1 | $ (87.50) |
| 100531 | LumboTrain Back Brace Women | 1 | $ 87.50 |
| 100532 | LumboTrain Back Brace Women | 5 | $ 437.50 |
| 100533 | LumboTrain Back Brace Women | 4 | $ 350.00 |

| 100534 | LumboTrain Back Brace Women | 2 | $ | 175.00 |
| 100535 | LumboTrain Back Brace Women | 2 | $ | 175.00 |
| 100536 | LumboTrain Back Brace Women | 1 | $ | 87.50 |
| 100537 | LumboTrain Back Brace Women | 3 | $ | 262.50 |
| 100541 | SacroLoc ES Back Brace | 1 | $ | 95.00 |
| 100542 | SacroLoc ES Back Brace | 1 | $ | 95.00 |
| 100550 | Medibeads Moist Heat | 76 | $ | 1,463.00 |
| 100551 | Medibeads Moist Heat | 69 | $ | 845.25 |
| 100559 | Protocold Therapy | 96 | $ | 1,176.00 |
| 100560 | Protocold Therapy | -1 | $ | (13.50) |
| 100561 | Protocold Therapy | 67 | $ | 904.50 |
| 100562 | ***Self Inflating Back Rest Rectangle Cover | 2 | $ | 25.20 |
| 100565 | ***Self Inflating Back Rest Rectangle | 2 | $ | 25.20 |
| 100567 | ***Self Inflating Back Rest Rectangle | 2 | $ | 25.20 |
| 100572 | ***SIBR (Self Inflating Back Rest) | 0 | $ | - |
| 100640 | Linear Office Storage Narrow Rolling File | 2 | $ | 2,286.00 |
| 100687 | Mansfield Bed Headboard | 1 | $ | 1,542.00 |
| 100690 | Mansfield Bed Headboard | 1 | $ | 2,126.00 |
| 100859 | White Glove Delivery | 1 | $ | - |
| 100861 | Micro Massage Gun | 83 | $ | 4,316.00 |
| 100862 | Ricari Office Chair | 5 | $ | 2,875.00 |
| 100864 | ***Hammerhead Massage Gun | 6 | $ | 390.00 |
| 100876 | ***Hale AirComfort Recliner | 1 | $ | 1,574.00 |
| 100878 | ***Hale AirComfort Recliner | 0 | $ | - |
| 100880 | ***Hale AirComfort Recliner | -1 | $ | (1,574.00) |
| 100882 | ***Hale Premier Zero Gravity Recliner | 5 | $ | 8,400.00 |
| 100883 | ***Hale Premier Zero Gravity Recliner | 2 | $ | 3,360.00 |
| 100884 | ***Hale Premier Zero Gravity Recliner | 1 | $ | 1,680.00 |
| 100885 | ***Hale Premier Zero Gravity Recliner | 2 | $ | 3,360.00 |
| 100886 | ***Hale Premier Zero Gravity Recliner | 3 | $ | 5,040.00 |
| 100887 | ***Hale Premier Zero Gravity Recliner | 4 | $ | 6,720.00 |
| 100888 | ***Hale Premier Zero Gravity Recliner | 2 | $ | 3,360.00 |
| 100909 | Qi XE Pro Massage Chair | 10 | $ | 37,550.00 |
| 100910 | Qi XE Pro Massage Chair | 1 | $ | 3,755.00 |
| 100911 | ***2 Yr Extended Warranty Qi XE (3 Yr Mfr and 2 Yr Ext=5 Yr) | 1 | $ | - |
| 100920 | 2 Yr Extended Warranty Hale Air Comfort | -24 | $ | - |
| 100926 | Stay Well Weighted Blanket | 1 | $ | 87.85 |
| 100927 | ***Bed Frame Part | 16 | $ | - |

| 100929 | ***MX Mini Desk Mount Arm | 2 | $ | 121.60 |
| 100989 | ***McCarty's Premium Lumbar Support For Luma/ Duke | 3 | $ | 273.00 |
| 101000 | ***White Glove Fee to NY & FL | 3 | $ | 900.00 |
| 101025 | ***Neck Sofa 2.0 | -1 | $ | (34.50) |
| 101035 | ***Neck Sofa | 1 | $ | 31.50 |
| 101048 | PR631 Dreammaker Remote Control | 1 | $ | 66.00 |
| 101079 | Part | 1 | $ | - |
| 101088 | Full Body Pillowcase | 2 | $ | 25.00 |
| 101089 | ErgoLoft Full Body Pillow | 47 | $ | 1,880.00 |
| 101100 | Theracane Pressure Point Massager Cane | 90 | $ | 1,665.00 |
| 101106 | EMS AcuBelt | 3 | $ | 30.00 |
| 101112 | EMS Pro Belt | 2 | $ | 60.00 |
| 101118 | Pro Touch Shoe | 2 | $ | 18.00 |
| 101119 | Egyptian Cotton Sheet Set | 1 | $ | 120.00 |
| 101120 | ***Egyptian Cotton Sheet Set | 2 | $ | 240.00 |
| 101121 | Egyptian Cotton Sheet Set | 1 | $ | 120.00 |
| 101122 | ***Egyptian Cotton Sheet Set | 2 | $ | 240.00 |
| 101123 | ***Egyptian Cotton Sheet Set | 1 | $ | 120.00 |
| 101124 | ***Egyptian Cotton Sheet Set | 3 | $ | 330.00 |
| 101125 | Egyptian Cotton Sheet Set | 7 | $ | 770.00 |
| 101127 | Egyptian Cotton Sheet Set | 9 | $ | 1,260.00 |
| 101128 | ***Egyptian Cotton Sheet Set | 6 | $ | 840.00 |
| 101129 | Egyptian Cotton Sheet Set | 7 | $ | 980.00 |
| 101130 | Egyptian Cotton Sheet Set | 19 | $ | 2,660.00 |
| 101131 | ***Egyptian Cotton Sheet Set | 2 | $ | 280.00 |
| 101135 | Certus Massage Chair | 1 | $ | 1,750.00 |
| 101138 | Circa Zero Gravity Chair | 7 | $ | 10,850.00 |
| 101139 | ***Circa Zero Gravity Chair | 6 | $ | 9,300.00 |
| 101141 | Gravis Recliner Base | 4 | $ | 5,800.00 |
| 101142 | Gravis Recliner Base | 9 | $ | 13,050.00 |
| 101143 | Gravis Recliner Base | 19 | $ | 27,550.00 |
| 101144 | Gravis Recliner Pad Set | 4 | $ | 3,600.00 |
| 101145 | Gravis Recliner Pad Set | 8 | $ | 7,200.00 |
| 101146 | Gravis Recliner Pad Set | 12 | $ | 10,800.00 |
| 101147 | Gravis Recliner Pad Set | 4 | $ | 3,600.00 |
| 101148 | Gravis Recliner Pad Set | 10 | $ | 9,000.00 |
| 101149 | Laevo Zero Gravity with Lift Assist for Relax The Back | 14 | $ | 23,450.00 |

| Code | Description | Qty | | Amount |
|---|---|---|---|---|
| 101150 | Laevo Zero Gravity with Lift Assist for Relax The Back | 8 | $ | 13,400.00 |
| 101161 | WholeBody Rove Massage Chair | 1 | $ | 1,800.00 |
| 101162 | WholeBody Rove Massage Chair | 3 | $ | 5,400.00 |
| 101180 | Meditation Cushion by Relax The Back | 3 | $ | 120.00 |
| 101182 | ***Reflex PopUp Foot Massager | 4 | $ | 480.00 |
| 101185 | Reflex Sol and Calf Massager | 1 | $ | 185.00 |
| 101186 | ***Certus Extended 5/5/5 Warranty | 1 | $ | - |
| 101190 | Perfect Chair Accessory Table | 20 | $ | 900.00 |
| 101191 | Perfect Chair Accessory Table | 12 | $ | 540.00 |
| 101192 | Perfect Chair Accessory Table | 29 | $ | 1,305.00 |
| 101193 | Perfect Chair Laptop Desk | 17 | $ | 1,870.00 |
| 101194 | Perfect Chair Laptop Desk | 6 | $ | 660.00 |
| 101195 | Perfect Chair Laptop Desk | 4 | $ | 440.00 |
| 101197 | Perfect Chair Extended Footrest | 1 | $ | 60.00 |
| 101199 | Perfect Chair 350 | 1 | $ | 1,080.00 |
| 101200 | Perfect Chair 420 Manual Base | 7 | $ | 4,900.00 |
| 101201 | Perfect Chair 420 Manual Base | 5 | $ | 3,500.00 |
| 101202 | Perfect Chair 420 Manual Base | 3 | $ | 2,100.00 |
| 101204 | Perfect Chair 600 Omni Motion Silhouette Base | 1 | $ | 1,000.00 |
| 101206 | Perfect Chair 610 Omni Motion Base | 4 | $ | 4,000.00 |
| 101207 | Perfect Chair 610 Omni Motion Base | 9 | $ | 9,000.00 |
| 101208 | Perfect Chair 610 Omni Motion Base | 4 | $ | 4,000.00 |
| 101220 | ***Perfect Chair 600 Pad Set Supreme | 1 | $ | 900.00 |
| 101222 | Perfect Chair 420 - 610 Pad Set Performance | 2 | $ | 1,500.00 |
| 101223 | Perfect Chair 420 - 610 Pad Set Performance | 2 | $ | 1,500.00 |
| 101224 | Perfect Chair 420 - 610 Pad Set Performance | 9 | $ | 6,750.00 |
| 101225 | Perfect Chair 420 - 610 Pad Set Performance | 3 | $ | 2,250.00 |
| 101226 | Perfect Chair 420 - 610 Pad Set Performance | 1 | $ | 750.00 |
| 101227 | Perfect Chair 420 - 610 Pad Set Performance | 2 | $ | 1,500.00 |
| 101228 | ***Perfect Chair 420 - 610 Pad Set Supreme | 1 | $ | 900.00 |
| 101229 | ***Perfect Chair 420 - 610 Pad Set Supreme | 2 | $ | 1,800.00 |
| 101230 | ***Perfect Chair 420 - 610 Pad Set Supreme | 3 | $ | 2,700.00 |
| 101231 | ***Perfect Chair 420 - 610 Pad Set Supreme | 6 | $ | 5,400.00 |
| 101232 | ***Perfect Chair 420 - 610 Pad Set Supreme | 1 | $ | 900.00 |
| 101233 | ***Perfect Chair 420 - 610 Pad Set Supreme | 2 | $ | 1,800.00 |
| 101234 | Perfect Chair Media Table | 2 | $ | 310.00 |
| 101236 | Perfect Chair Media Table | 7 | $ | 1,085.00 |

| Item | Description | Qty | | Amount |
|---|---|---|---|---|
| 101238 | Power ZG Recliner 3 Year Warranty (Gravis and Circa) | 2 | $ | 180.00 |
| 101240 | Power ZG Recliner 5 Year Warranty (Gravis, Circa and Laevo) | 8 | $ | 1,160.00 |
| 101242 | 3 Year Massage Chair Commercial Warranty | 2 | $ | 460.00 |
| 101244 | Premium 5 Year Warranty (Super Novo 2.0, Super Novo, Novo XT2, Certus, Quies, Sana, Zero 5.0) | 61 | $ | 12,200.00 |
| 101246 | Standard 3 Year Warranty (WB Rove, WB 8.0, WB 7.1, WB 5.1) | -1 | $ | (100.00) |
| 101248 | Standard 5 Year Warranty (WB Rove, WB 8.0, WB 7.1, WB 5.1) | 2 | $ | 400.00 |
| 101250 | ***Super Novo 5/5/5 Warranty | 121 | $ | 24,200.00 |
| 101251 | ***Rove Extended Warranty | 3 | $ | 600.00 |
| 101282 | Part | 2 | $ | - |
| 101295 | ***Brake Cable for PC-6 | 1 | $ | 10.00 |
| 101296 | ***Brake Cable for PC-008 | 3 | $ | 18.00 |
| 101317 | ***Float Mini Desk | 1 | $ | 336.26 |
| 101318 | ***Float Mini Desk | 3 | $ | 1,080.12 |
| 101321 | Foot Rocker 500 Blk Bro | 70 | $ | 3,717.00 |
| 101322 | Foot Rocker 500 Che Bro | 36 | $ | 1,911.60 |
| 101345 | QS M2.1 Single Monitor Arm 2 Piece Clamp Mount BLK VESA Bracket | 3 | $ | 459.90 |
| 101347 | QS M2.1 Single Monitor Arm 2 Piece Clamp Mount BLK VESA Bracket | 1 | $ | 153.30 |
| 101351 | *** DUPB QS M8.1 Two Montior Arm 2 Piece Clamp Mount BLK VESA Bracket | 1 | $ | 302.05 |
| 101414 | World One Task Chair Cascade Mesh Black | 11 | $ | 2,774.86 |
| 101418 | eFloat Go 2.0 Worksurface | -1 | $ | (504.90) |
| 101424 | Part | 2 | $ | - |
| 101425 | ***M2 Monitor Arm Chrome White Trim w/ Clamp Mount | 1 | $ | 112.83 |
| 101426 | ***M2 Monitor Arm Black Black Trim w/Clamp Mount | 5 | $ | 561.35 |
| 101446 | ***Hypervolt with Blue Tooth | 4 | $ | 680.00 |
| 101450 | Hypervolt Go 2 | 1 | $ | 90.30 |
| 101451 | Arch Refresh Foot Massager | 42 | $ | 5,670.00 |
| 101452 | i-Puffy Massage Cushion | 28 | $ | 1,456.00 |
| 101453 | Quzy Neck Massager | 39 | $ | 2,808.00 |
| 101475 | Z-Bar Solo Desk Lamp with Standard Base | 1 | $ | 162.00 |
| 101491 | Mosso Pro Desk Lamp | 5 | $ | 999.00 |
| 101522 | Z-Bar Mini Desk Lamp with Standard Base | 1 | $ | 168.75 |

| | | | |
|---|---|---|---|
| 101523 | Z-Bar Mini Desk Lamp with Standard Base | 1 | $ 168.75 |
| 101530 | Equo Floor Lamp | 1 | $ 219.60 |
| 101533 | Equo Floor Lamp | 3 | $ 658.80 |
| 101534 | Equo Floor Lamp | 6 | $ 1,468.80 |
| 101535 | Equo Floor Lamp | 1 | $ 219.60 |
| 101581 | Splitty Desk Lamp | 6 | $ 899.10 |
| 101614 | ***Equo LED Desk Lamp Gen 3 | 1 | $ 106.09 |
| 101616 | ***Equo LED Desk Lamp Gen 3 | 1 | $ 106.09 |
| 101617 | ***Z Bar Floor Lamp Gen 3 | 2 | $ 337.78 |
| 101618 | ***Mosso Pro LED Floor Lamp | 2 | $ 388.32 |
| 101673 | ***Casters | 1 | $ 51.00 |
| 101676 | ***Essential Series High Back Office Chair | 1 | $ 638.00 |
| 101682 | ***Gas Lift | 1 | $ 68.00 |
| 101684 | ***Gas Lift | 1 | $ 68.00 |
| 101689 | ***LF Wheels Casters | 1 | $ 49.00 |
| 101717 | ***Travel Lite Wedge DreamWeave Flink Black | 0 | $ - |
| 101722 | ***Travel Lite Back Companion 2.0 | -1 | $ (77.00) |
| 101740 | Travel Lite Seat | 71 | $ 5,467.00 |
| 101760 | Travel Lite Wedge Seat Cushion | 65 | $ 5,655.00 |
| 101777 | Warranty Item Shipping Fee | 0 | $ - |
| 101779 | Part | 2 | $ - |
| 101783 | ***Ultimate Mid Back 2490 Providence | 1 | $ 1,460.00 |
| 101792 | Tencel Sheet Sets | 3 | $ 210.00 |
| 101794 | Tencel Sheet Sets | 1 | $ 70.00 |
| 101800 | Tencel Sheet Sets | 1 | $ 70.00 |
| 101804 | Tencel Sheet Sets | 1 | $ 65.00 |
| 101808 | ***Tencel Sheet Sets | 4 | $ 236.00 |
| 101812 | Tencel Sheet Sets | 3 | $ 195.00 |
| 101819 | ***Tencel Sheet Sets | 4 | $ 340.00 |
| 101820 | ***Tencel Sheet Sets | 2 | $ 170.00 |
| 101821 | ***Tencel Sheet Sets | 5 | $ 375.00 |
| 101822 | ***Tencel Sheet Sets | 5 | $ 375.00 |
| 101823 | ***Tencel Sheet Sets | 2 | $ 170.00 |
| 101824 | ***Tencel Sheet Sets | 7 | $ 595.00 |
| 102038 | ***Supima Cotton Sheet Sets | 1 | $ 110.00 |
| 102050 | ***Supima Cotton Sheet Sets | 1 | $ 155.00 |
| 102056 | Omni Phase 5 Sided Mattress Protector | 7 | $ 308.00 |
| 102057 | Omni Phase 5 Sided Mattress Protector | 1 | $ 41.00 |
| 102059 | Omni Phase 5 Sided Mattress Protector | 7 | $ 224.00 |

| | | | |
|---|---|---|---|
| 102146 | Eastman Platform Bed Frame | 1 | $ 200.00 |
| 102164 | Eastman Platform Bed Frame | 1 | $ 175.00 |
| 102266 | ***Leg Extenders- 4 Pack | 2 | $ 51.08 |
| 102331 | ***Sacroease- Full Cushion- Mem Foam 16x15x19 | 1 | $ 149.50 |
| 102336 | ***Sacroease- Full Cushion- Mem Foam 16x15x19 | 0 | $ - |
| 102340 | ***Sacroease- Full Cushion- Mem Foam 16x15x19 | 1 | $ 149.50 |
| 102468 | ***Sacroease- Full Cushion- Mem Foam- Cutout 16x14x24 | 1 | $ 230.00 |
| 102543 | ***Sacroease- Full Cushion- Mem Foam 18x14 Seat 12x24 Back | 1 | $ 207.50 |
| 102581 | ***Ergo Curve Cush Back Cushion | 2 | $ 135.00 |
| 102912 | ***Seat Cushion- WedgeEase- Mem Foam- Cut Out 14Lx19W | 1 | $ 55.00 |
| 102926 | ***Seat Cushion- WedgeEase- Mem Foam- Cut Out 14Lx19W | 2 | $ 110.00 |
| 102937 | Far Infrared Heating Pad | 27 | $ 4,291.65 |
| 102964 | ***Axion Office Chair | 1 | $ 444.50 |
| 102979 | Original McKenzie Lumbar Support | 57 | $ 695.40 |
| 102981 | Original McKenzie Cervical Roll | 3 | $ 34.95 |
| 102983 | Original McKenzie Lumbar Support | 1 | $ 20.95 |
| 102985 | Original McKenzie Night Roll Lumbar Support | 1 | $ 24.95 |
| 102986 | Treat Your Own Shoulder Book | 23 | $ 241.50 |
| 102987 | Treat Your Own Hip Book | 22 | $ 231.00 |
| 102988 | Treat Your Own Knee Book | 26 | $ 260.00 |
| 102995 | Stretch Out Strap and Book | 36 | $ 358.20 |
| 102996 | Treat Your Own Back Book | 64 | $ 540.80 |
| 102997 | Treat Your Own Neck Book | 63 | $ 532.35 |
| 103001 | Foam Roller- Round- Firm | 42 | $ 627.90 |
| 103004 | Foam Roller- Marble Half Round | 1 | $ 17.95 |
| 103006 | Foam Roller Round- Marble | 31 | $ 897.45 |
| 103007 | Foam Roller Pro Soft- Marble | 10 | $ 289.50 |
| 103064 | Chirp Wheel Plus | 34 | $ 1,632.00 |
| 103075 | ***Tempur-Pedic Ergohuman Office Chair | 2 | $ 1,050.00 |
| 103080 | ***Tempur-Pedic Ergohuman Office Chair | 1 | $ 525.00 |
| 103082 | Chiro Pro Neck Support | 94 | $ 1,222.00 |
| 103117 | Acu Ball Massager | 80 | $ 1,040.00 |
| 103118 | ***Gymball & Pump 55 | 14 | $ 132.86 |
| 103119 | ***Gymball & Pump 65 | 31 | $ 294.19 |
| 103143 | ***Hanging Pedestal Laminate Front | 1 | $ 245.50 |

| | | | |
|---|---|---|---|
| 103157 | ***Modesty Panel | 1 | $ 84.00 |
| 103185 | Transcend Desk Base | 7 | $ 3,967.60 |
| 103186 | Transcend Desk Base | 8 | $ 4,534.40 |
| 103189 | Transcend Desk Base | 1 | $ 608.00 |
| 103194 | ***Transcend Desk Top | 2 | $ 246.40 |
| 103195 | Transcend Desk Top | 1 | $ 123.20 |
| 103196 | Transcend Desk Top | 3 | $ 369.60 |
| 103197 | ***Transcend Desk Top | 1 | $ 123.20 |
| 103198 | Transcend Desk Top | 1 | $ 123.20 |
| 103200 | Transcend Tops | 2 | $ 246.40 |
| 103201 | ***Transcend Desk Top | 2 | $ 246.40 |
| 103202 | Transcend Desk Top | 3 | $ 369.60 |
| 103203 | Transcend Desk Top | 1 | $ 123.20 |
| 103227 | Transcend Desk Top | 1 | $ 211.60 |
| 103255 | ***Contempo III Adjustable Base Vertical | 12 | $ 9,636.00 |
| 103264 | ***Remedy II Adjustable Base Vertical | 8 | $ 4,712.00 |
| 103283 | Aviada Adjustable Base | 1 | $ 1,044.00 |
| 103317 | Heavy Duty Universal Bed Frame | 5 | $ 222.50 |
| 103319 | ***Cresta Adjustable Base | 1 | $ 766.98 |
| 103333 | ContourSleep Side Travel Pillow 16x12 | 6 | $ 243.42 |
| 103335 | ContourSleep Side Sleeper Pillow 24x12 | 70 | $ 3,824.80 |
| 103336 | ContourSleep Side Sleeper Pillow 24x12 | 119 | $ 6,809.18 |
| 103337 | ContourSleep Side Sleeper Pillow 24x12 | 58 | $ 3,621.52 |
| 103339 | ContourSide Pillow Pillowcase 16x12 | 1 | $ 14.50 |
| 103342 | ContourSide Pillow Pillowcase 24x12 | 1 | $ 16.00 |
| 103345 | ***Str8-N-Up | 2 | $ 30.40 |
| 103346 | ***Str8-N-Up | 3 | $ 45.60 |
| 103347 | ***Str8-N-Up | 2 | $ 30.40 |
| 103349 | ***Str8-N-Up | 8 | $ 121.60 |
| 103350 | ***Str8-N-Up | 3 | $ 45.60 |
| 103371 | Mastercare Back-A-Traction Inversion Table | 24 | $ 10,560.00 |
| 103377 | Neck/Lumbar Support | 4 | $ 79.20 |
| 103378 | Lumbar Support | 3 | $ 59.40 |
| 103379 | Extra High Neck Pillow | 2 | $ 39.60 |
| 103385 | ***Neck Pillow Travel Pillowcase | 1 | $ 6.00 |
| 103392 | ***Case Technogel CPAP Pillow | 4 | $ 40.00 |
| 103415 | ***CPAP Pillow | 1 | $ 85.00 |
| 103417 | Anatomic Travel Pillow | 1 | $ 55.00 |
| 103418 | ***Vive Pillow-Anatomic Curve | 4 | $ 432.00 |

| 103421 | Anatomic Pillow | 55 | $ | 4,675.00 |
| 103422 | Anatomic Pillow | 1 | $ | 105.00 |
| 103423 | Back and Side Pillow | 34 | $ | 2,890.00 |
| 103424 | Back and Side Pillow | 7 | $ | 595.00 |
| 103425 | Contour Pillow | 64 | $ | 5,440.00 |
| 103430 | Lab Pillow | 49 | $ | 4,165.00 |
| 103431 | Lab Pillow | 30 | $ | 2,550.00 |
| 103432 | Lab Pillow | 41 | $ | 3,485.00 |
| 103442 | ***Estasi II Mattress w/SenseICE Cover | 2 | $ | 4,220.00 |
| 103445 | ***Estasi II Mattress w/SenseICE Cover | 8 | $ | 10,640.00 |
| 103447 | ***Favola II Mattress w/SenseICE Cover | 1 | $ | 2,450.00 |
| 103448 | ***Favola II Mattress w/SenseICE Cover | 1 | $ | 2,070.00 |
| 103450 | ***Favola II Mattress w/SenseICE Cover | 9 | $ | 13,365.00 |
| 103461 | Contour Thin Pillow | 45 | $ | 3,825.00 |
| 103462 | ***Low Profile Foundation | 1 | $ | 112.50 |
| 103465 | ***Contour Pillow Replacement Cover with Cooling | 1 | $ | 12.00 |
| 103470 | FitSpine Better Back Comfort Cushion | 3 | $ | 67.50 |
| 103472 | Better Back Inversion Table Floor Mat | 2 | $ | 50.00 |
| 103493 | Ease 4.0 Adjustable Base | 4 | $ | 2,160.00 |
| 103496 | Ease 4.0 Adjustable Base | 1 | $ | 565.00 |
| 103497 | Ease 4.0 Adjustable Base | 1 | $ | 830.00 |
| 103509 | ***ProBreeze 3.0 Mattress | 1 | $ | 1,855.00 |
| 103533 | ***LuxeBreeze 3.0 Mattress | 2 | $ | 4,580.00 |
| 103543 | ***LuxeBreeze 3.0 Mattress | -1 | $ | (2,290.00) |
| 103544 | ***LuxeBreeze 3.0 Mattress | 0 | $ | - |
| 103553 | ***Adapt Mattress | -3 | $ | (2,412.00) |
| 103575 | ***ProAdapt Mattress | 1 | $ | 1,340.00 |
| 103578 | ***ProAdapt Mattress | 1 | $ | 1,565.00 |
| 103579 | ***ProAdapt Mattress | 0 | $ | - |
| 103587 | ***ProAdapt Mattress | 2 | $ | 2,680.00 |
| 103598 | ***ProAdapt Mattress | 2 | $ | 2,680.00 |
| 103601 | ***ProAdapt Mattress | 1 | $ | 1,880.00 |
| 103609 | ***ProAdapt Mattress | -1 | $ | (1,340.00) |
| 103619 | ***LuxeAdapt Mattress | 3 | $ | 5,100.00 |
| 103627 | ***LuxeAdapt Mattress | 1 | $ | 1,700.00 |
| 103637 | Neck Pillow | 1 | $ | 76.50 |
| 103638 | Neck Pillow | 47 | $ | 2,773.00 |
| 103639 | Neck Pillow | 46 | $ | 2,921.00 |
| 103640 | ***Adapt Cloud + Cooling Pillow | 33 | $ | 2,046.00 |

| | | | |
|---|---|---|---|
| 103642 | Travel Neck Pillow 4 Inch | 48 | $ 2,112.00 |
| 103643 | Lumbar Cushion 15x15x4 | 110 | $ 5,280.00 |
| 103644 | Lumbar Cushion 10x11x2 | 116 | $ 3,712.00 |
| 103652 | ***Breeze Neck Pillow | 42 | $ 2,982.00 |
| 103653 | BreezePro LO 2.0 Pillow | 8 | $ 696.00 |
| 103673 | High Profile Foundation | 14 | $ 1,890.00 |
| 103675 | High Profile Foundation | 3 | $ 585.00 |
| 103678 | Low Profile Foundation | 2 | $ 270.00 |
| 103680 | Low Profile Foundation | 4 | $ 780.00 |
| 103684 | Ultra Low Profile Foundation | 6 | $ 810.00 |
| 103686 | Ultra Low Profile Foundation | 1 | $ 195.00 |
| 103688 | ***Ergo 2.0 Adjustable Base | 32 | $ 25,600.00 |
| 103700 | ***ErgoSmart Adjustable Base | 9 | $ 8,550.00 |
| 103703 | ***ErgoSmart Adjustable Base | 1 | $ 1,350.00 |
| 103706 | ***Ergo Extend Smart Adjustable Base | 3 | $ 3,600.00 |
| 103798 | Luxe Egyptian Cotton Sheet Sets | 1 | $ 150.00 |
| 104143 | Tempur-Protect Breeze Mattress Protector | 2 | $ 171.20 |
| 104144 | Tempur-Protect Breeze Mattress Protector | 6 | $ 537.60 |
| 104147 | Tempur-Protect Breeze Mattress Protector | 20 | $ 1,952.00 |
| 104148 | Tempur-Protect Breeze Mattress Protector | 24 | $ 2,534.40 |
| 104150 | Tempur-Protect Breeze Mattress Protector | 25 | $ 2,840.00 |
| 104152 | Tempur-Protect Mattress Protector | 2 | $ 138.00 |
| 104155 | Tempur-Protect Mattress Protector | 14 | $ 1,086.40 |
| 104156 | Tempur-Protect Mattress Protector | 20 | $ 1,712.00 |
| 104158 | Tempur-Protect Mattress Protector | 16 | $ 1,561.60 |
| 104159 | Travel U-Shape Pillow | 36 | $ 1,404.00 |
| 104165 | Premium Soft 300Tc Pillow Cases (2) | -1 | $ (14.50) |
| 104166 | Sleep Mask | 76 | $ 1,292.00 |
| 104167 | Ergo 3.0 Adjustable Base | 7 | $ 5,425.00 |
| 104168 | Ergo 3.0 Adjustable Base | 2 | $ 1,550.00 |
| 104171 | Ergo 3.0 Adjustable Base | 1 | $ 1,175.00 |
| 104173 | Ergo Smart 3.0 Adjustable Base | 33 | $ 32,175.00 |
| 104175 | Ergo Smart 3.0 Adjustable Base | 1 | $ 1,025.00 |
| 104179 | Ergo Pro Smart | 46 | $ 56,580.00 |
| 104184 | NEW 2023 Pro Breeze 2.0 Mattress | 13 | $ 24,700.00 |
| 104185 | NEW 2023 Pro Breeze 2.0 Mattress | 1 | $ 2,100.00 |
| 104186 | NEW 2023 Pro Breeze 2.0 Mattress | 1 | $ 2,440.00 |
| 104189 | NEW 2023 Pro Breeze 2.0 Mattress | 6 | $ 11,400.00 |
| 104190 | NEW 2023 Pro Breeze 2.0 Mattress | 1 | $ 2,100.00 |

| 104191 | NEW 2023 Pro Breeze 2.0 Mattress | 1 | $ | 2,440.00 |
|---|---|---|---|---|
| 104194 | NEW 2023 Luxe Breeze 2.0 Mattress | 9 | $ | 21,015.00 |
| 104195 | NEW 2023 Luxe Breeze 2.0 Mattress | 3 | $ | 7,665.00 |
| 104196 | NEW 2023 Luxe Breeze 2.0 Mattress | 1 | $ | 2,885.00 |
| 104199 | NEW 2023 Luxe Breeze 2.0 Mattress | 15 | $ | 35,025.00 |
| 104200 | NEW 2023 Luxe Breeze 2.0 Mattress | 3 | $ | 7,665.00 |
| 104201 | NEW 2023 Luxe Breeze 2.0 Mattress | 1 | $ | 2,885.00 |
| 104202 | NEW 2023 Luxe Breeze 2.0 Mattress | -1 | $ | (2,885.00) |
| 104204 | NEW 2023 Luxe Breeze 2.0 Mattress | 16 | $ | 37,360.00 |
| 104205 | NEW 2023 Luxe Breeze 2.0 Mattress | -2 | $ | (5,110.00) |
| 104206 | NEW 2023 Luxe Breeze 2.0 Mattress | 1 | $ | 2,885.00 |
| 104207 | NEW 2023 Luxe Breeze 2.0 Mattress | -1 | $ | (2,885.00) |
| 104213 | ***Ergo Extend Adjustable Base | 7 | $ | 5,128.76 |
| 104214 | Universal Headboard Bracket | 7 | $ | 154.35 |
| 104215 | ***ThermalSense Protect Mattress Protector | 1 | $ | 33.03 |
| 104217 | ***ThermalSense Protect Mattress Protector | 1 | $ | 53.07 |
| 104220 | ***Sleep Tracker | 6 | $ | - |
| 104248 | Roller Stick- The Classic | 8 | $ | 144.00 |
| 104257 | Executive Laptop Holder Work EZ | 10 | $ | 320.00 |
| 104281 | Mattress Care Kit | 2 | $ | 27.00 |
| 104282 | Fabric Care Kit | 1 | $ | 17.50 |
| 104311 | Onda High Back Chair | 1 | $ | 637.00 |
| 104313 | ***Swopper | 1 | $ | 495.00 |
| 104327 | Wellness Mats | 1 | $ | 71.98 |
| 104339 | Wellness Mats | 5 | $ | 382.40 |
| 104342 | ***Wellness Mats | 1 | $ | 75.98 |
| 104418 | ***X-HMT Heat & Massage Therapy Unit (Retail Packaging) | 69 | $ | 2,760.00 |
| 104421 | ***Elemax Cooling, Heat & Massage Unit (Retail Packaging) | 20 | $ | 1,200.00 |
| 104426 | ***X-Chair Footrest (Retail Packaging) | 64 | $ | 1,203.20 |
| 104428 | ***X-TS Monitor Arm | 5 | $ | 297.50 |
| 104429 | ***X-TS Monitor Arm | 1 | $ | 59.60 |
| 104430 | ***X-TS Monitor Arm | 4 | $ | 398.40 |
| 104435 | ***Cylinder Parts X2, X3, X4, X Wing | 1 | $ | 15.60 |
| 104446 | ***X2 Headrest | 1 | $ | 36.00 |
| 104458 | ***FS Wheels Locking | 1 | $ | 31.60 |
| 104463 | ***FS Wheels Standard | 5 | $ | 108.00 |
| 104467 | ***YoYo Active Stool | 5 | $ | 792.10 |
| 104479 | ***X-Tech Ultimate Executive Chair | 2 | $ | 1,519.20 |

| Code | Description | Qty | | Amount |
|---|---|---|---|---|
| 104507 | ***X3 Management Chair | -1 | $ | (391.60) |
| 104513 | ***X3 Management Chair with Headrest | 3 | $ | 1,582.80 |
| 104540 | ***Travel PAL Self Inflating Lumbar Support | 7 | $ | 95.20 |
| 104541 | ***Travel PAL Self Inflating Lumbar Support | 8 | $ | 108.80 |
| 104542 | ***Travel PAL Self Inflating Lumbar Support | 3 | $ | 40.80 |
| 104543 | ***Travel PAL Self Inflating Lumbar Support | 16 | $ | 217.60 |
| 104544 | ***Travel PAL Self Inflating Lumbar Support | 9 | $ | 158.40 |
| 104545 | ***Travel PAL Self Inflating Lumbar Support | 6 | $ | 105.60 |
| 104547 | ***X Stack Chair | 3 | $ | 351.42 |
| 104569 | ***LF OPT Neck Pillow | 1 | $ | 89.00 |
| 104573 | ***LF OPT Ult Wood Package (Uph Arm Sleeve w/ Trim & Base) Blk | -1 | $ | (285.00) |
| 104586 | ***LF OPT Ventra Black Aluminum Base | 1 | $ | 102.00 |
| 104587 | ***LF OPT Markham Base | 1 | $ | 15.00 |
| 104605 | ***LF OPT Contrast Piping | 0 | $ | - |
| 104606 | ***LF OPT Two Tone Insert | 3 | $ | 291.00 |
| 104621 | ***LF OPT Thermaguard | 1 | $ | 37.00 |
| 104624 | ***LF OPT Large Shallow Contour Seat | 1 | $ | 98.00 |
| 104630 | ***LF OPT Foot Ring w/ 5 in Gas Lift | 1 | $ | 55.00 |
| 104631 | ***LF OPT Zippered Arm Sleeves | 1 | $ | 93.00 |
| 104683 | Eastman Platform Bed Frame | 31 | $ | 6,200.00 |
| 104684 | Watson Platform Bed Frame | 7 | $ | 2,450.00 |
| 104777 | LifeChair PR126 Lift Chair Med BR Dis Ft Ext | 1 | $ | 1,346.00 |
| 104981 | PR130 Sunset 2.0 Medium Brisa Coffee Bean | 1 | $ | 1,417.00 |
| 105310 | ***Transcend Desk 30x48 WHT WHT | 1 | $ | 676.40 |
| 107335 | NETAAS30 OPT Keyboard & Swivel Mouse Tray, Trackless FastAction | 1 | $ | 188.05 |
| 107372 | AL OPT Remote Control Wand | 1 | $ | 50.00 |
| 107378 | AL OPT Pillow Top Memory Foam Upgrade | 1 | $ | 248.00 |
| 107380 | AL OPT XL Leg Extender | 1 | $ | 99.00 |
| 107536 | Savoie 3.0 Petite Blk TR Dove | 1 | $ | 1,939.00 |
| 107587 | Savoie 3.0 Petite Wal TR Pewter Wide | 1 | $ | 1,950.00 |
| 107645 | Savoie 3.0 Petite Teak TR Pewter Wide | 1 | $ | 1,950.00 |
| 107648 | Savoie 3.0 Petite Teak TR Black Wide | 1 | $ | 1,950.00 |
| 107651 | Savoie 3.0 Petite Teak TR Espresso Wide | 1 | $ | 1,950.00 |
| 107654 | Savoie 3.0 Powered Petite Teak TR May Wide | 1 | $ | 2,096.00 |

| | | | | |
|---|---|---|---|---|
| 107655 | Savoie 3.0 Petite Teak TR Merlot Wide | 1 | $ | 1,950.00 |
| 107658 | Savoie 3.0 Petite Teak TR Quarry Wide | 1 | $ | 1,950.00 |
| 107707 | Savoie 3.0 Petite Blk TR Chestnut Wide | 1 | $ | 1,985.00 |
| 107827 | Savoie 3.0 Petite Teak TR Indio PM Foam Wide Heat | 1 | $ | 2,344.00 |
| 108809 | Novus 3.0 Powered Petite Wal TR Che | 1 | $ | 1,973.00 |
| 109169 | Novus 3.0 Petite Teak HU Umber PM Foam | 1 | $ | 1,867.00 |
| 110009 | ***2390 Ultimate Executive High Back TR Esp | 1 | $ | 1,558.00 |
| 110016 | ***2390 Ultimate Executive High Back TR Pew | 1 | $ | 1,558.00 |
| 110041 | ***2390 Ultimate Executive High Back HA Tit | 1 | $ | 1,633.00 |
| 110566 | ***2390 Ultimate Executive High Back MB Eme LG Seat | 1 | $ | 1,731.00 |
| 111031 | ***2390 Ultimate Executive High Back TR Che DP Seat Therma | 1 | $ | 1,693.00 |
| 114196 | ***2490 Ultimate Executive Mid Back BR Cbl BL Thk Wht | 1 | $ | 1,570.00 |
| 114370 | ***2490 Ultimate Executive Mid Back BR Nnv BL Thk Cre | 1 | $ | 1,570.00 |
| 115667 | ***2490 Ultimate Executive Mid Back TR Wht | 1 | $ | 1,457.00 |
| 115692 | ***2490 Ultimate Executive Mid Back TR Blk BL | 2 | $ | 3,344.00 |
| 115914 | 8694 Lifestyles Grand DM Blk | 1 | $ | 665.00 |
| 115931 | 8694 Lifestyles Grand BR Blk NA SL ST St-1.5 in D270 Carpet | 3 | $ | 2,574.00 |
| 115936 | 8694 Lifestyles Grand BR Nnv NA SL ST St-1.5 in D270 Carpet | 1 | $ | 858.00 |
| 115939 | ***8694 Lifestyles Grand BR Sal | 1 | $ | 858.00 |
| 115942 | 8694 Lifestyles Grand BR Iro NA SL ST St-1.5 in D270 Carpet | 2 | $ | 1,716.00 |
| 116103 | 200 Saddle Stool BR Nnv | 1 | $ | 293.00 |
| 116107 | 200 Saddle Stool BR Tru NA 5 in St-High Carpet | 1 | $ | 293.00 |
| 116125 | Executive Foot Rest BR Ash Std Blk | 1 | $ | 122.00 |
| 116127 | Executive Foot Rest BR Blk Std Blk | 1 | $ | 122.00 |
| 116138 | Executive Foot Rest BR Iro Std Blk | 3 | $ | 366.00 |
| 120850 | 180 Brezza Chair PP Blu | -1 | $ | (596.00) |
| 120851 | 180 Brezza Chair PP Blk | 1 | $ | 596.00 |
| 120866 | 180 Brezza Chair DM Cap | 1 | $ | 596.00 |
| 120867 | 180 Brezza Chair DM Dcr | 2 | $ | 1,192.00 |
| 120870 | 180 Brezza Chair DM Smo | 2 | $ | 1,192.00 |
| 120871 | 180 Brezza Chair DM Bas | 1 | $ | 596.00 |

| | | | |
|---|---|---|---|
| 120873 | 180 Brezza Chair DM Mbl | 5 | $ 2,980.00 |
| 120874 | 180 Brezza Chair DM Cho | 1 | $ 596.00 |
| 120875 | 180 Brezza Chair DM Blk NA SF NM St-1.5 in D270 Carpet | 2 | $ 1,192.00 |
| 121803 | 180 Brezza Chair BR Tru BL MFB CB EA ST St-1.5 in D270 Carpet | 2 | $ 2,196.00 |
| 121934 | 180 Brezza Chair BR Nnv BL MF CB EA | 1 | $ 1,112.00 |
| 121935 | 180 Brezza Chair BR Pea BL MF CB EA | 1 | $ 1,112.00 |
| 121936 | 180 Brezza Chair BR Red BL MFB CB EA ST St-1.5 in D270 Carpet | 2 | $ 2,196.00 |
| 121938 | 180 Brezza Chair BR Tru BL MFB EA ST St-1.5 in D270 Carpet | 1 | $ 1,015.00 |
| 121939 | 180 Brezza Chair BR Wht BL MF CB EA | 2 | $ 2,224.00 |
| 121940 | 180 Brezza Chair BR Iro BL MF CB EA | 4 | $ 4,448.00 |
| 122996 | 180 OPT LF Wheels Clr | 1 | $ 35.00 |
| 123011 | World Hgt Adj Dur Wht Pin Wht Pin Wht Std Std Std Std Box | 5 | $ 2,083.90 |
| 123035 | World Hgt Adj Dur Blk Pin Blk Pin Blk Std Std Std Std Box | 1 | $ 408.37 |
| 123050 | World Hgt Adj Dur Wht Dash Cad Dash Wht N | 1 | $ 508.72 |
| 123260 | Float Table Base Sil Removable 24x48x56 R | 1 | $ 789.98 |
| 123452 | eFloat Worksurface 24" 48" Grey | 1 | $ 224.55 |
| 123535 | Freedom Headrest Std Dur Graph Cor Dri Foam Std Std Std Std-Alu | 1 | $ 763.42 |
| 123537 | Freedom Headrest Std Dur Graph Cor Med Foam Std Std Std Std-Alu | 2 | $ 1,526.84 |
| 123538 | Freedom Headrest Std Dur Graph Cor Nav Foam Std Std Std Std-Alu | 1 | $ 763.42 |
| 123539 | Freedom Headrest Std Dur Graph Corde 4 Par Foam Alum Box S | 3 | $ 2,121.09 |
| 123540 | Freedom Headrest Std Dur Graph Corde 4 Pea Foam Alum Box S | 1 | $ 707.03 |
| 123542 | Freedom Headrest Std Dur Graph Cor Tha Foam Std Std Std Std-Alu | 2 | $ 1,526.84 |
| 123732 | Ergo Arm Swivel Attachment (2pc) | 3 | $ 117.00 |
| 124632 | ***Ergo Arm Pad | 1 | $ 103.00 |
| 125266 | Egyptian Cotton Sheet Set | 2 | $ 220.00 |
| 126227 | Invigo Desk Walnut 30X60 Rec SQ Nat Blk Grom Non Pow Pen Panel Wd | 5 | $ 9,790.00 |
| 126240 | 5 Year Massage Chair Commercial Warranty | 1 | $ 230.00 |
| 126279 | Universal Heavy Duty Bed Frame | 5 | $ 222.50 |
| 126304 | ***Seat Wedge Cushion | 116 | $ 3,712.00 |
| 126310 | Hygge Cozy Cover | 1 | $ 210.00 |

| Code | Description | Qty | | Amount |
|---|---|---|---|---|
| 126312 | Vive Contour Pillow | 39 | $ | 4,212.00 |
| 126313 | Thermoskin EXO Back Stabilizer | 2 | $ | 72.00 |
| 126320 | Beuler Ergonomics Computer/Table Stand | 8 | $ | 1,880.00 |
| 126323 | MMF07 Foot Massager | -1 | $ | (144.00) |
| 126483 | Genu Train OA Knee Brace | 1 | $ | 300.00 |
| 126488 | Genu Train OA Knee Brace | 1 | $ | 300.00 |
| 126523 | ***SV.10 Side Table | 1 | $ | 280.00 |
| 126524 | ***SV.10 Side Table | 5 | $ | 1,400.00 |
| 126538 | Super Novo 2.0 Massage Chair | 6 | $ | 25,170.00 |
| 126539 | Super Novo 2.0 Massage Chair | 6 | $ | 25,170.00 |
| 126540 | Super Novo 2.0 Massage Chair | 4 | $ | 16,780.00 |
| 126710 | Sacro Premium Foam Back and Seat Cushion 16Dx15Wx19T | 37 | $ | 6,290.00 |
| 126713 | Sacro 3-1 Wedge w/rmvable Coccyx Cut Out 16Dx15Wx19T | 7 | $ | 1,312.50 |
| 126716 | Wedge Ease Cushion 3-1 15x16 | 1 | $ | 55.00 |
| 126717 | Ergo Curve Cushion | 1 | $ | 67.50 |
| 126750 | Anthros Off Chair 5 Pla Qua HD NL H Sto Sto Sto S 4D Oak-N Gloss | 9 | $ | 11,430.00 |
| 126753 | Anthros Off Chair 5 Base Plastic Q HD N-Lock Hard S S S  4D Wa | 2 | $ | 2,562.00 |
| 127043 | Ghostbed Massage 12" Mattress - Foam | 10 | $ | 7,690.00 |
| 127076 | Qi XE Pro Massage Chair | 1 | $ | 3,755.00 |
| 127077 | Qi XE Pro Massage Chair | 4 | $ | 15,020.00 |
| 127383 | Brimfield Chair LM Buf | 1 | $ | 1,085.00 |
| 127384 | Brimfield Chair LM Ash | 3 | $ | 3,255.00 |
| 127391 | Brimfield Chair LM Moc | 1 | $ | 1,085.00 |
| 127493 | Orville Chair ZG LM Sah | -1 | $ | (1,055.00) |
| 128386 | 2490NM Ultimate Executive Mid Back BR Blk BL St-Ergo ST Seat SK | 1 | $ | 1,383.00 |
| 128394 | 2490NM Ultimate Executive Mid Back BR Har BL St-Ergo ST Seat SK | 1 | $ | 1,383.00 |
| 128584 | 2390NM Ultimate Executive High Back TR Blk NA St Ergo ST Seat S | 1 | $ | 1,460.00 |
| 128586 | 2390NM Ultimate Executive High Back TR Cre NA St Ergo ST Seat S | 1 | $ | 1,460.00 |
| 128590 | 2390NM Ultimate Executive High Back TR Ind NA St Ergo ST Seat S | 2 | $ | 2,920.00 |
| 128594 | 2390NM Ultimate Executive High Back TR Pew NA St Ergo ST Seat S | 0 | $ | - |
| 128595 | 2390NM Ultimate Executive High Back TR Qua NA St Ergo ST Seat S | 1 | $ | 1,460.00 |

| | | | |
|---|---|---|---|
| 128605 | 2390NM Ultimate Executive High Back TR Smk NA St Ergo ST Seat S | 2 | $ 2,920.00 |
| 128981 | Beuler Ergonomic Computer/Table Stand | 4 | $ 940.00 |
| 129073 | 8694 Lifestyles Grand BR Ice NA SL ST St-1.5 in D270 Carpet | 2 | $ 1,716.00 |
| 133037 | Freedom Headrest Std Dur Alum Corde 4 Dee Foam Alum Box | 1 | $ 839.65 |
| 133041 | Freedom Headrest Std Dur Alum Cor Nav Foam Std Std Std-Alum | 1 | $ 906.68 |
| 133042 | Freedom Headrest Std Dur Alum Corde 4 Par Foam Alum Box | 1 | $ 839.65 |
| 133145 | 180 Brezza Chair BR Lam BL MFB CB EA ST St-1.5 in D270 Carpet | 1 | $ 1,098.00 |
| 133147 | 180 Brezza Chair BR Ris BL MFB CB EA ST St-1.5 in D270 Carpet | 1 | $ 1,098.00 |
| 135037 | 8694 Lifestyles Grand BR Ash NA SL ST St-1.5 in D270 Carpet | 1 | $ 858.00 |
| 135044 | 8694 Lifestyles Grand BR Wht NA SL ST St-1.5 in D270 Carpet | 2 | $ 1,716.00 |
| 135047 | 8694 Lifestyles Grand BR Lam NA SL ST St-1.5 in D270 Carpet | 1 | $ 858.00 |
| 135048 | 8694 Lifestyles Grand BR Mys NA SL ST St-1.5 in D270 Carpet | 1 | $ 858.00 |
| 137566 | 2490NM Ultimate Executive Mid Back BR Ash BL St-Ergo ST Seat SK | 2 | $ 2,940.00 |
| 137567 | 2490NM Ultimate Executive Mid Back BR Blk BL St-Ergo ST Seat SK | 1 | $ 1,470.00 |
| 137569 | 2490NM Ultimate Executive Mid Back BR Nnv BL St-Ergo ST Seat SK | 1 | $ 1,470.00 |
| 137574 | 2490NM Ultimate Executive Mid Back BR Iro BL St-Ergo ST Seat SK | 2 | $ 2,940.00 |
| 139141 | Anthros Off Chair 4 Base Plastic X HD N-Lock Hard Onyx Onyx Ony | 1 | $ 966.00 |
| 139155 | Anthros Off Chair 5 Base Plastic X HD N-Lock Omni Onyx Onyx Ony | 1 | $ 966.00 |
| 141273 | Invigo Desk Oak 30x60 Rec SQ Wea Wht Grom No Grom   Wd | 1 | $ 1,202.00 |
| 142050 | 2390NM Ultimate Executive High Back HA Blk Pillow WD Pkg Blk ST | 1 | $ 2,268.00 |
| 142095 | Tilting Footrest | 36 | $ 612.00 |
| 142142 | Adapt Mattress 2024 | 1 | $ 1,034.00 |
| 142144 | Adapt Mattress 2024 | 9 | $ 7,236.00 |
| 142156 | Luxe Adapt Mattress 2024 | 3 | $ 5,238.00 |
| 142159 | Luxe Adapt Mattress 2024 | 1 | $ 1,971.00 |
| 142160 | Luxe Adapt 2024 | 1 | $ 2,286.00 |
| 142161 | Luxe Adapt 2024 | 14 | $ 24,444.00 |

| | | | |
|---|---|---|---|
| 142164 | Luxe Adapt 2024 | 2 | $ 3,942.00 |
| 142166 | Luxe Adapt Mattress 2024 | 14 | $ 24,444.00 |
| 142168 | Luxe Mattress Adapt 2024 | 1 | $ 2,286.00 |
| 142172 | Pro Adapt Mattress 2024 | 1 | $ 1,880.00 |
| 142178 | Pro Adapt 2024 | 3 | $ 4,695.00 |
| 142180 | Pro Adapt Mattress 2024 | 14 | $ 18,760.00 |
| 142191 | Pro Adapt 2024 | 1 | $ 1,497.00 |
| 142192 | Pro Adapt Mattress 2024 | 1 | $ 1,565.00 |
| 142194 | Pro Adapt Mattress 2024 | 13 | $ 17,420.00 |
| 142270 | 2390NM Ultimate Executive High Back TR Che NA WD Pkg Che DP Sea | -1 | $ (1,843.00) |
| 142273 | Technogel Lumbar Support | 51 | $ 2,091.00 |
| 142288 | Anthros Off Chair | 1 | $ 966.00 |
| 142297 | X Chair 3.0 Powered Petite Wal TI Min Piping HU Umb M Foam Skir | 1 | $ 2,666.00 |
| 142298 | X Chair 3.0 Powered Petite Blk TI Min Piping TR Blk M Foam Skir | 1 | $ 2,701.00 |
| 142393 | Self Inflating Back Rest | 58 | $ 748.20 |
| 142394 | Self Inflating Back Rest | 70 | $ 903.00 |
| 142395 | Self Inflating Back Rest | 70 | $ 903.00 |
| 142409 | 2390NM Ultimate Executive High Back BR Blk NA St Ergo DP Seat S | 1 | $ 1,367.00 |
| 142505 | Quantum Massage Chair | 8 | $ 38,400.00 |
| 142507 | Quantum Massage Chair | 2 | $ 9,600.00 |
| 142508 | Quantum Massage Chair | 6 | $ 28,800.00 |
| 142509 | Quantum Massage Chair | 1 | $ 4,800.00 |
| 142512 | Hybrid Snow Pillow | 113 | $ 6,734.80 |
| 142514 | Dream Max Mattress | 14 | $ 11,172.00 |
| 142517 | Dream Max Mattress | 3 | $ 2,994.00 |
| 142518 | Dream Max Mattress | 1 | $ 1,238.00 |
| 142525 | 2390NM Ultimate Executive High Back TR Dov NA St Ergo ST Seat S | 1 | $ 1,460.00 |
| 142546 | Float Mini Wht 16x27 Pai Wht | 4 | $ 1,564.36 |
| 142550 | Float Mini Gry 16x27 Pai Gry | 2 | $ 782.18 |
| 142554 | Float Mini Blu 16x27 Pai Blu | 1 | $ 391.09 |
| 142557 | Glow Light | 33 | $ 1,815.00 |
| 142561 | Foundation | 3 | $ 471.15 |
| 142576 | Dream Mattress | 2 | $ 1,376.00 |
| 142577 | Dream Mattress | 1 | $ 872.00 |

| | | | |
|---|---|---|---|
| 142580 | One Mattress | 12 | $ 3,456.00 |
| 142588 | Snow Mattress | 1 | $ 1,097.80 |
| 142590 | Snow Max Mattress | 1 | $ 998.00 |
| 142597 | Active Breeze 2.0 Mattress | 12 | $ 32,400.00 |
| 142598 | Active Breeze 2.0 Mattress | 3 | $ 8,775.00 |
| 142602 | Ergo Pro Smart Air Base | 12 | $ 19,800.00 |
| 142603 | Ergo Pro Smart Air Base | 3 | $ 5,250.00 |
| 142695 | Novus 3.0 Powered Tall Wal TR Esp PM Foam Remote Wide Heat | 1 | $ 2,489.00 |
| 142708 | 2390NM Ultimate Executive High Back HA Cue NA WD Pkg Wal ST Sea | 1 | $ 2,014.00 |
| 142719 | 2490NM Ultimate Executive Mid Back BR Wht BL St-Ergo ST Seat SK | 1 | $ 1,470.00 |
| 142720 | Float Mini Wht 16 X 27 Bam | 1 | $ 336.33 |
| 142767 | Laevo Zero Gravity with Lift Assist for Relax The Back | 6 | $ 10,050.00 |
| 142816 | RTB-Neo Tempur Pedic Office Chair with Headrest | 1 | $ 405.00 |
| 142817 | RTB-Neo Tempur Pedic Office Chair with Headrest | 5 | $ 2,025.00 |
| 142818 | RTB-Neo Tempur Pedic Office Chair with Headrest | 1 | $ 405.00 |
| 142819 | RTB-Neo Tempur Pedic Office Chair with Headrest | 2 | $ 810.00 |
| 142820 | RTB-Neo Tempur Pedic Office Chair with Headrest | 4 | $ 1,620.00 |
| 142822 | RTB-Neo Tempur Pedic Office Chair | 0 | $ - |
| 142836 | 180 Brezza Chair DM Blk NA SF NM St-1.5 in D270 Soft | 1 | $ 623.00 |
| 142870 | Freedom Headrest | 1 | $ 809.78 |
| 142876 | Anthros Off Chair | 1 | $ 1,044.00 |
| 142904 | Charlotte Rec UL Blg | 5 | $ 5,125.00 |
| 142905 | Charlotte Rec UL Gho | 2 | $ 2,050.00 |
| 142906 | Charlotte Rec UL Oak | 1 | $ 1,025.00 |
| 142908 | Charlotte Rec UL Olp | 2 | $ 2,050.00 |
| 142917 | Altwork Station Blk, Red Laptop Mt No Mt Note | 1 | $ 4,598.75 |
| 142925 | 2390NM Ultimate Executive High Back HU Aco Pillow WD Pkg Wal ST | 1 | $ 2,028.00 |
| 142938 | eFloat GO 2.0 2-Rec Std Tfoot Sil 29" Bam | 5 | $ 1,496.10 |

| Item | Description | Qty | | Amount |
|------|-------------|-----|---|--------|
| 142939 | eFloat GO 2.0 2-Rec Std Tfoot Sil 29" Blk | 1 | $ | 299.22 |
| 142940 | eFloat GO 2.0 2-Rec Std Tfoot Sil 29" Wht | 1 | $ | 299.22 |
| 142943 | 2390NM Ultimate Executive High Back HA Blk Pillow St Ergo Up Ar | 1 | $ | 2,103.00 |
| 142944 | 2390NM Ultimate Executive High Back HU Jet Pillow WD Pkg Blk ST | 1 | $ | 2,108.00 |
| 142948 | 2390NM Ultimate Executive High Back MB Nil Pillow WD Pkg Blk ST | 1 | $ | 2,252.00 |
| 142960 | 2390NM Ultimate Executive High Back HA Cho Pillow WD Pkg Che ST | 1 | $ | 2,230.00 |
| 142966 | 2390NM Ultimate Executive High Back MB Cri Pillow WD Pkg Blk ST | 1 | $ | 2,165.00 |
| 142972 | 2390NM Ultimate Executive High Back MB Mid Pillow WD Pkg Blk St | 1 | $ | 2,434.00 |
| 143015 | Freedom Task Std Dur Mat Alum Ell 0200 Foam Std Std Std Std Box | 5 | $ | 4,940.00 |
| 143022 | Freedom Task Std Dur Mat Alum Ell 0530 Foam Std Std Std Std Box | 2 | $ | 1,976.00 |
| 143024 | Freedom Task Std Dur Mat Alum Ell 0750 Foam Std Std Std Std Box | 3 | $ | 2,964.00 |
| 143060 | 2490NM Ultimate Executive Mid Back BR Ris BL St-Ergo ST Seat SK | 1 | $ | 1,470.00 |
| 143076 | 2390NM Ultimate Executive High Back TR Sca NA St Ergo ST Seat S | 1 | $ | 1,460.00 |
| 143172 | Commercial Warranty - 2 Year Quantum | -1 | $ | (400.00) |
| 143195 | Hale Premier Zero Gravity Recliner | 1 | $ | 1,680.00 |
| 143196 | Hale Premier Zero Gravity Recliner | 1 | $ | 1,680.00 |
| 143197 | Hale Premier Zero Gravity Recliner | 3 | $ | 5,040.00 |
| 143198 | Hale Premier Zero Gravity Recliner | 5 | $ | 8,400.00 |
| 143199 | Hale Premier Zero Gravity Recliner | 1 | $ | 1,680.00 |
| 143200 | Hale Premier Zero Gravity Recliner | 1 | $ | 1,680.00 |
| 143201 | Hale Premier Zero Gravity Recliner | 0 | $ | - |
| 143285 | Chiro Neck Support with Heat | 52 | $ | 832.00 |
| 143328 | 2490NM Ultimate Executive Mid Back BR Tru BL St-Ergo ST Seat SK | 1 | $ | 1,470.00 |
| 143366 | 2390NM Ultimate Executive High Back TR Che NA St Ergo XL Seat S | 1 | $ | 1,585.00 |
| 143400 | Perfect Chair 420-610 Pad Set Supreme No Fluid Cells | 0 | $ | - |
| 143405 | Perfect Chair PC420-610 Pad Set Supreme No Fluid Cells | 2 | $ | 1,640.00 |
| 143415 | 2490NM Ultimate Executive Mid Back HU Ivo BL St-Ergo ST Seat CO | 1 | $ | 1,634.00 |

| | | | |
|---|---|---|---|
| 143425 | 2490NM Ultimate Executive Mid Back BR Har BL St Ergo ST Seat SK | 1 | $ 1,470.00 |
| 143441 | 2390NM Ultimate Executive High Back TR Nig NA St Ergo ST Seat S | -1 | $ (1,519.00) |
| 143444 | Zecliner Model 2 Lift Heat/Massage NF She | 1 | $ 1,150.00 |
| 143446 | Anthros Off Chair 5 Base Plastic Z HD N-Lock Omni Stone Stone S | -1 | $ (940.00) |
| 143449 | Executive Foot Rest BR Tru Std Blk Therma | 1 | $ 137.00 |
| 143469 | Freedom Headrest Adv Dur Graph Cor Dar Gel Std Std Std Std-Alum | 1 | $ 852.72 |
| | | **6,443** | **$ 1,636,797.13** |

**Fill in this information to identify the case:**

Debtor name    **ABP Aventura, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **25-12901-LMI**

■ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **JP Morgan Chase Bank N.A.**<br>Creditor's Name<br>**1450 Brickell Avenue**<br>**33 Floor**<br>**Miami, FL 33131**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Line of Credit**<br><br>Describe the lien<br>**UCC** | $692,376.00 | $1,658,217.00 |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | Column A | Column B |
|---|---|---|---|
| **2.2** **JP Morgan Chase Bank N.A.**<br>Creditor's Name<br>**1450 Brickell Avenue**<br>**33 Floor**<br>**Miami, FL 33131**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Term Loan**<br><br>Describe the lien<br>**UCC** | $126,650.00 | $1,658,217.00 |

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| Debtor | **ABP Aventura, Inc.** | | Case number (*if known*) | **25-12901-LMI** |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Navitas Credit Corp** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **POS Equipment** | | |

**201 Executive Center Drive Suite 100 Columbia, SC 29210**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$819,026.00** |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name     **ABP Aventura, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     **25-12901-LMI**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **Department of the Treasury** | *Check all that apply.* | | |
| | **Internal Revenue Service** | ☐ Contingent | | |
| | **Austin, TX 73301-0014** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice Only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$57,527.00** | **$57,527.00** |
|---|---|---|---|---|
| | **Florida Department of Revenue** | *Check all that apply.* | | |
| | **5050 West Tennessee Street** | ☐ Contingent | | |
| | **Tallahassee, FL 32399-0125** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Sales Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| | |
|---|---|
| Debtor **ABP Aventura, Inc.** | Case number (if known) **25-12901-LMI** |
| Name | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,241.00 | $35,241.00 |
|---|---|---|---|---|
| | **Illinois Department of Revenue** | Check all that apply. | | |
| | **PO 19053** | ☐ Contingent | | |
| | **Springfield, IL 62794-9053** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Sales Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** | Check all that apply. | | |
| | **1248 North University Drive** | ☐ Contingent | | |
| | **Fort Lauderdale, FL 33322** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Notice Only** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** | Check all that apply. | | |
| | **1111 Constitution Avenue, NW** | ☐ Contingent | | |
| | **Washington, DC 20224** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Notice Only** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,225.00 | $7,225.00 |
|---|---|---|---|---|
| | **Oklahoma Tax Commission** | Check all that apply. | | |
| | **PO 26890** | ☐ Contingent | | |
| | **Oklahoma City, OK 73126** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: **Sales Tax** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes |

---

| Debtor | **ABP Aventura, Inc.** | Case number (if known) | **25-12901-LMI** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,782.00 | $32,782.00 |
|---|---|---|---|---|

**State Comptroller (Texas)**
**111 East 17th Street**
**Austin, TX 78774-0100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.75** |
|---|---|---|---|

**A.I.G. American General Life Ins.**
**PO Box 9000**
**Amarillo, TX 79105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$634.50** |
|---|---|---|---|

**Accele Electronics**
**9130 Norwalk Blvd**
**Chicago, IL 60670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,197.00** |
|---|---|---|---|

**Alex Orthapedic**
**PO 201442**
**Arlington, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,816.92** |
|---|---|---|---|

**Alex Orthopedic**
**P.O Box 201442**
**Arlington, TX 76006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alignmed Inc.**
**2691 Richter Ave.**
**Ste. 119**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **ABP Aventura, Inc.**
_____
Name

Case number (if known)  **25-12901-LMI**
_____

| | |
|---|---|
| 3.6 | Nonpriority creditor's name and mailing address | $16,709.27 |

**3.6**

Nonpriority creditor's name and mailing address

**All Point**
**2301 Cattlemen Road**
**Sarasota, FL 34232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$16,709.27

---

**3.7**

Nonpriority creditor's name and mailing address

**All Point Retail Services**
**2301 Cattleman Road**
**Sarasota, FL 34232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$16,709.00

---

**3.8**

Nonpriority creditor's name and mailing address

**American Express Business Gold Card**
**PO 981535**
**El Paso, TX 79998-1535**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9**

Nonpriority creditor's name and mailing address

**American Plumbing**
**4361 W. suntise Blvd**
**Fort Lauderdale, FL 33313**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$173.00

---

**3.10**

Nonpriority creditor's name and mailing address

**Aminian business Services**
**200 Spectrum Center Frive**
**Suite 300**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$225.00

---

**3.11**

Nonpriority creditor's name and mailing address

**Andrew Leblanc Company**
**129 Jewett St.**
**Gerorgetown, MA 01833**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$20,701.00

---

**3.12**

Nonpriority creditor's name and mailing address

**Anthros**
**416 Bluemound road**
**Waukesha, WI 53188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$18,021.00

---

| Debtor | **ABP Aventura, Inc.** | | Case number *(if known)* | **25-12901-LMI** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,974.00** |
|---|---|---|---|

**Back Support Systems**
**67684 San Andreas**
**Desert Hot Springs, CA 92240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$711.00** |
|---|---|---|---|

**Bauerfeind**
**PO 745737**
**Atlanta, GA 30374-5766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,329.00** |
|---|---|---|---|

**Bird Dogs Delivery Service LLC**
**3509 NW 22nd Street**
**Oklahoma City, OK 73107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$534.00** |
|---|---|---|---|

**Brueder Healthcare**
**1115 Ridgeland Parkway**
**#101**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,566.43** |
|---|---|---|---|

**C/O Horizon Properties MMG Plantation CP**
**18610 N.W. 87 Avenue**
**Suite 204**
**Hialeah, FL 33015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,280.00** |
|---|---|---|---|

**Casper Greenwich street**
**175 Greenwich Street**
**40th Floor**
**New York, Ny 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**City of Houston**
**Water Department**
**P.O. Box 1560**
**Houston, TX 77251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ABP Aventura, Inc.**                                   Case number *(if known)*   **25-12901-LMI**

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$333.21** |
|---|---|---|---|

**City of Naperville**
**400 Eagle St**
**Naperville, IL 60540**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**City of Plantation Utilities Dept**
**P.O. Box 31132**
**Tampa, FL 33631-3132**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$343.03** |
|---|---|---|---|

**City of the Village**
**2304 Manchester Dr.**
**The Village, OK 73120**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,286.87** |
|---|---|---|---|

**Colonial Palms Plaza Shopping Urban Reta**
**925 South Federal Hwy #700**
**Boca Raton, FL 33432**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ComEd PO box**
**PO BOX 6111**
**CAROL STREAM, IL 60614**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.00** |
|---|---|---|---|

**Core Nine Massage Technology**
**4725 SW Lombard Avenue**
**# 307**
**Beaverton, OR 97005-2961**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,728.00** |
|---|---|---|---|

**Cozzia**
**861 S.Oak Park Road**
**Covina, CA 91724**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **ABP Aventura, Inc.**

Name

Case number *(if known)* **25-12901-LMI**

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**David C. Fine, PA**
10729 SW 104 St
Miami, FL 33176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,825.00** |

**Diamond Mattress**
3112 E. Las Hermanas St.
Compton, CA 90221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.77** |

**Eureka Water**
PO Box 26730
Oklahoma City, OK 73126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$124.00** |

**FedEx**
3610 Hacks Cross Road
Memphis, TN 38125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,497.00** |

**Flexsteel**
PO Box 936791
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.00** |

**FPL General Mail Facility**

Miami, FL 33188-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,071.00** |

**Freedom Labor Contractors**
P O Box 276
Lowell, FL 32663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **ABP Aventura, Inc.**
_____
Name

Case number *(if known)*  **25-12901-LMI**
_____

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,996.00** |

**Fujiryoki Inc**
**371 Van Ness Way**
**STE 220**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Garrett Realty & Development**
**2211 North Elston Avenue**
**Chicago, IL 60614**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,261.57** |

**Glades Plaza, L.P**
**P.O. Box 209372**
**Austin, TX 78720-9372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82.00** |

**Golden Technologies**
**401 Bridge Street**
**Old Forge, PA 18518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$668.00** |

**Harris Pillow Supply**
**5 Parker Drive**
**Beaufort, SC 29906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$782.00** |

**Homtex**
**2125 2nd Avenue**
**Cullman, AL 35055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,011.00** |

**Hudson Energy**
**P.O. Box 142109**
**Irving, TX 75014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **ABP Aventura, Inc.** | Case number (*if known*) | **25-12901-LMI** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,764.00** |
|---|---|---|---|

**Humanscale**
**15815 Collections Center**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459,926.00** |
|---|---|---|---|

**Humantouch**
**4600 East Conant Street**
**Long Beach, CA 90808-1874**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,408.40** |
|---|---|---|---|

**K & A MFG. INC**
**6703 Zinser Street**
**Schofield, WI 54476**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.59** |
|---|---|---|---|

**Landers Windwo and Exterior**
**PO 1904**
**Ponca City, OK 74602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117,526.00** |
|---|---|---|---|

**Lifeform**
**8018-11500-35th St**
**SE Calgary, AB T2Z 2W4**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,125.00** |
|---|---|---|---|

**Mannington Carpets**
**75 Mannington Mills Road**
**Salem, NJ 08079**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,886.00** |
|---|---|---|---|

**McCartys**
**3279 W.  Industrial Loop**
**Coeur D'Alene, ID 83815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ABP Aventura, Inc.**
_____
Name

Case number (if known)    **25-12901-LMI**

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |

**Medcom**
**PO Box 748026**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,023.00** |

**Medley Industrial, LLC**
**PO Box 645714**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,291.00** |

**Metlife**
**PO 1806**
**San Antonio, TX 78296**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Miller Berger**
**20 North Clark St**
**Ste. 525**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,348.34** |

**Navitas Credit Corp**
**PO BOX 935204**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,050.43** |

**Newport Retirement Services**
**200 Dryden Road**
**Dresher, PA 19025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79.00** |

**Nicor Gas**
**PO Box 5407**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABP Aventura, Inc.** | Case number *(if known)* | **25-12901-LMI** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OG&E**
PO Box 24990
Oklahoma City, OK 73124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$678.00** |
|---|---|---|---|

**Oklahoma Natural Gas**
PO Box 219296
Kansas City, MO 64121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,306.00** |
|---|---|---|---|

**OPTP Distribution**
PO 47009
Minneapolis, MN 55447-0009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,110.00** |
|---|---|---|---|

**Optum Health**
11000 Optum Circle
Eden Prairie, MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,777.00** |
|---|---|---|---|

**Oracle**
2300 Oracle Way
Austin, TX 78741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,793.00** |
|---|---|---|---|

**Paliser Furniture**
PO 331789
Detroit, MI 48232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,327.82** |
|---|---|---|---|

**PGA Commons**
5100 PGA Blvd
Suite 209
Palm Beach Gardens, FL 33418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| Debtor | **ABP Aventura, Inc.** | Case number (if known)  **25-12901-LMI** |
| | Name | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,557.27**
---|---|---|---

**PR II LaCenterra**
**PO Box 856475**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ProForma**
**PO Box 640814**
**Cincinnati, OH 45264-0814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,760.00**

**Pronto Delivery Service LLC**
**7420 South Cooper**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$606.24**

**Prudential Prudential United States**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Public Service Company**
**PO Box 24401**
**Canton, OH 04701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$511.00**

**Public Service Company**
**PO 24401**
**Canton, OH 44701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18.19**

**Quality Plus Cleaning Systems, Inc.**
**P.O. Box 2526**
**Fort Lauderdale, FL 33303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **ABP Aventura, Inc.**
Name                                                    Case number *(if known)*    **25-12901-LMI**

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,087.00** |

**Raynor Group**
**525 Hempstead Turnpike**
**West Hempstead, NY 11552**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,219.61** |

**Regency Centers LP**
**Willow Festival**
**1568 Solutions Center**
**Chicago, IL 60677-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122,707.00** |

**Relax the Back Corporation**
**4600 East Conant Street**
**Long Beach, CA 90808**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Royalties__

Is the claim subject to offset? ☐ No ■ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,574.00** |

**Relax The Back Corporation**
**4600 E. Conant Street**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Ad Fund__

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$752.00** |

**RGG Service and Repair**
**3130 Hernando Street**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,028.00** |

**Right Angle Products**
**6703 Zinser Street**
**Schofield, WI 54476**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$484.00** |

**Road Runner Recycling**
**500 Westover Drive**
**Sanford, NC 27330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **ABP Aventura, Inc.** | | | Case number *(if known)* | **25-12901-LMI** |
|--------|------------------------|--|--|--------------------------|------------------|
| | Name | | | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535.00** |
|------|---|---|---|

**Sealy**
Box 932621
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$483.00** |
|------|---|---|---|

**Splintek**
3325 Wyoming Street
Kansas City, MO 64111-3714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,886.52** |
|------|---|---|---|

**Springbrook Prairie Pavilion c/o Edgemar**
2215 York Road
Oak Brook, IL 60523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$458.97** |
|------|---|---|---|

**T Mobile**
PO Box 790047
St. Louis, MO 63179-0047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,038.00** |
|------|---|---|---|

**Technogel US Inc**
730 Holiday Dr.
Suite 330
Pittsburgh, PA 15220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,795.00** |
|------|---|---|---|

**Tempur Sealy**
PO 932621
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$286,761.00** |
|------|---|---|---|

**Tempur-Pedic**
P.O. Box 632852
Cincinnati, OH 45263-2852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **ABP Aventura, Inc.**
_____
Name

Case number *(if known)*  **25-12901-LMI**

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **Unknown** |

**Terranova Corporation**
**801 Arthur Godfrey RD.**
**#600**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

---

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$8,827.65** |

**The Hartford Billing Company**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$2,115.19** |

**TM Market Street, LLC**
**PO Box 846133**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$14,117.01** |

**Town & country**
**750 Town and Country Blvd**
**Suite 220**
**Houston, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$140.81** |

**Town of Medley Water & Sewer Depart.**
**7777 NW 72 Avenue**
**Medley, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$647.00** |

**TruckMax**
**PO Box 630604**
**Birmingham, AL 35283**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$15,025.46** |

**University Shops**
**P.O Box 980338**
**Houston, TX 77098-0338**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **ABP Aventura, Inc.** | | Case number (if known) | **25-12901-LMI** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**URS Agents LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Suite 650**
**Duluth, GA 30096**

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $932.41 |
|---|---|---|---|

**US Acquisition Property XIII, LLC**
**8252 S Harvard Ave**
**Ste 100**
**Tulsa, OK 74137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,583.33 |
|---|---|---|---|

**VPN, LLC**
**16368 Morningside Dr.**
**Edmond, OK 73013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $648.00 |
|---|---|---|---|

**Worldwide Express FtL**
**PO Box 733360**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**WRI/Post Oak, Inc**
**A# 117880-032520**
**P.O. Box 30344**
**Tampa, FL 33630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**WSPA.COM**
**33096 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Zomma Group**
**355 ALHAMBRA CIRCLE**
**SUITE 1100**
**Miami, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _    Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

---

| Debtor | **ABP Aventura, Inc.** | | Case number (*if known*) | **25-12901-LMI** |
|---|---|---|---|---|
| | Name | | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ricardo Reyes, Esq.**<br>**Tobin Reyes**<br>**Mizner Park Office Tower**<br>**Suite 510**<br>**Boca Raton, FL 33432** | Line __3.83__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 132,775.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,495,523.56 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,628,298.56 |

4/18/25 9:48AM

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>ABP Aventura, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td><strong>25-12901-LMI</strong></td></tr>
</table>

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
  ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
  ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | 1901 Clybourn, LLC<br>2211 N. Elston<br>Suite 308<br>Chicago, IL 60614 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Point of Sale Software** <br><br> State the term remaining — **3 years 3 months** <br><br> List the contract number of any government contract | All Point Retail Services<br>2301 Cattleman Road<br>Sarasota, FL 34232 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Retail lease at 13619 South Dixie Highway, Suite 129, Miami, FL 33176** <br><br> State the term remaining <br><br> List the contract number of any government contract | Colonial Palms Plaza Shopping Urban Reta<br>925 South Federal Hwy #700<br>Boca Raton, FL 33432 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Outsource for Warehousing and Delivery Services.** <br><br> State the term remaining <br><br> List the contract number of any government contract | Funxion White Glove Service LLC<br>3501 NW 54th Street<br>Miami, FL 33142 |

| Debtor 1 | **ABP Aventura, Inc.** | | | Case number (*if known*) | **25-12901-LMI** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 2200 W Glades Rd, Ste 101, Boca raton, FL 33431** | |
|---|---|---|---|
| | State the term remaining | | **Glades Plaza  L.P. P.O. Box 209372 Austin, TX 78720-9372** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 214 University Drive, Plantation, FL  33324** | |
|---|---|---|---|
| | State the term remaining | | **Horizon Properties MMG Plantation CP 18610 N.W. 87 Avenue Suite 204 Hialeah, FL 33015** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Office at 8751 NW 99th St., Medley, FL 33178** | |
|---|---|---|---|
| | State the term remaining | | **Medley Industrial, LLC PO Box 645714 Cincinnati, OH 45264** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Financial Software** | |
|---|---|---|---|
| | State the term remaining | **One year** | **Netsuite 500 Oracle Parkway Redwood City, CA 94065** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 4550 PGA Blvd, Ste 101, Palm Beach gardens, FL 33418** | |
|---|---|---|---|
| | State the term remaining | | **PGA Commons 5100 PGA Blvd. Suite 209 Palm Beach Gardens, FL 33418** |
| | List the contract number of any government contract | | |

4/18/25  9:48AM

| Debtor 1 | ABP Aventura, Inc. | | Case number (*if known*) | **25-12901-LMI** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 23501 Cinco Ranch Blvd, Ste H 110, Katy, TX 77494** | |
|---|---|---|---|
| | State the term remaining | | **PR II LaCenterra** |
| | List the contract number of any government contract | | **PO Box 856475** |
| | | | **Minneapolis, MN 55485** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 20533 Biscayne Blvd, Ste 6, Aventura, FL 33180** | |
|---|---|---|---|
| | State the term remaining | | **Promventure Limited Partnership** |
| | List the contract number of any government contract | | **3200 N Federal Hwy** |
| | | | **Fort Lauderdale, FL 33306** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 840 Willow Rd, Ste F, Northbrook, IL 60062** | |
|---|---|---|---|
| | State the term remaining | | **Regency Centers LP - Willow Festival** |
| | List the contract number of any government contract | | **1568 Solutions Center** |
| | | | **Chicago, IL 60677-1005** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Franchisor** | |
|---|---|---|---|
| | State the term remaining | | **Relax the Back Corp.** |
| | List the contract number of any government contract | | **4600 East Conant Street** |
| | | | **Long Beach, CA 90808** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 2555 W 75th St, Ste 117, Naperville, IL 60540** | |
|---|---|---|---|
| | State the term remaining | | **Springbrook Prairie Pavilion c/o Edgemar** |
| | List the contract number of any government contract | | **2215 York Road** |
| | | | **Oak Brook, IL 60523** |

4/18/25  9:48AM

| Debtor 1 | ABP Aventura, Inc. | Case number *(if known)* | 25-12901-LMI |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease at 212 Miracle Mile, Coral Gables, FL 33134**

State the term remaining

List the contract number of any government contract

**Terranova Corporation
801 Arthur Godfrey Road #600
Miami Beach, FL 33140**

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease at 780 W Sam Houston Pkwy N, Ste 300, Houston, TX 77024**

State the term remaining

List the contract number of any government contract

**Town & Country Village
750 Town and Country Blvd
Suite 220
Houston, TX 77024**

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease at 5314 Kirby Dr., Houston TX 77005**

State the term remaining

List the contract number of any government contract

**University Shops
P.O Box 980338
Houston, TX 77098-0338**

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease at 8421 E 61st St, Ste H, Tulsa, OK 74133**

State the term remaining

List the contract number of any government contract

**US Acquisition Property XIII, LLC
8252 S Harvard Ave
Ste 100
Tulsa, OK 74137**

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Retail Lease at 10505 N May Ave, Oklahoma City, OK 73120**

State the term remaining

List the contract number of any government contract

**VPN, LLC
16368 Morningside Dr.
Edmond, OK 73013**

4/18/25  9:48AM

Debtor 1  **ABP Aventura, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **25-12901-LMI**

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Retail Lease at 5000 Westheimer Rd, Suite 590, Houston, TX 77056** | |
|---|---|---|---|
| | State the term remaining | | **WRI/Post Oak  Inc.** |
| | List the contract number of any government contract | | **A# 117880-032520 P.O. Box 30344 Tampa, FL 33630** |

# United States Bankruptcy Court
## Southern District of Florida

In re    **ABP Aventura, Inc.**                              Case No.    **25-12901-LMI**

                                    Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **April 18, 2025**                    **/s/ Ernest Jordan**

                                    **Ernest Jordan**/**President**
                                    Signer/Title

```
1901 Clybourn, LLC
2211 N. Elston
Suite 308
Chicago, IL 60614


A.I.G. American General Life Ins.
PO Box 9000
Amarillo, TX 79105


Accele Electronics
9130 Norwalk Blvd
Chicago, IL 60670


Alex Orthapedic
PO 201442
Arlington, TX 76006


Alex Orthopedic
P.O Box 201442
Arlington, TX 76006


Alignmed Inc.
2691 Richter Ave.
Ste. 119
Irvine, CA 92606


All Point
2301 Cattlemen Road
Sarasota, FL 34232


All Point Retail Services
2301 Cattleman Road
Sarasota, FL 34232


All Point Retail Services
2301 Cattleman Road
Sarasota, FL 34232


American Express Business Gold Card
PO 981535
El Paso, TX 79998-1535


American Plumbing
4361 W. suntise Blvd
Fort Lauderdale, FL 33313
```

Aminian business Services
200 Spectreum Center Frive
Suite 300
Irvine, CA 92618


Andrew Leblanc Company
129 Jewett St.
Gerorgetown, MA 01833


Anthros
416 Bluemound road
Waukesha, WI 53188


Back Support Systems
67684 San Andreas
Desert Hot Springs, CA 92240


Bauerfeind
PO 745737
Atlanta, GA 30374-5766


Bird Dogs Delivery Service LLC
3509 NW 22nd Street
Oklahoma City, OK 73107


Brueder Healthcare
1115 Ridgeland Parkway
#101
Alpharetta, GA 30004


C/O Horizon Properties MMG Plantation CP
18610 N.W. 87 Avenue
Suite 204
Hialeah, FL 33015


Casper Greenwich street
175 Greenwich Street
40th Floor
New York, Ny 10007


Charles Keyser
40 Grandview Drive
Asheville, NC 28806

```
City of Houston
Water Department
P.O. Box 1560
Houston, TX 77251


City of Naperville
400 Eagle St
Naperville, IL 60540


City of Plantation Utilities Dept
P.O. Box 31132
Tampa, FL 33631-3132


City of the Village
2304 Manchester Dr.
The Village, OK 73120


Colonial Palms Plaza Shopping Urban Reta
925 South Federal Hwy #700
Boca Raton, FL 33432


Colonial Palms Plaza Shopping Urban Reta
925 South Federal Hwy #700
Boca Raton, FL 33432


ComEd PO box
PO BOX 6111
CAROL STREAM, IL 60614


Core Nine Massage Technology
4725 SW Lombard Avenue
# 307
Beaverton, OR 97005-2961


Cozzia
861 S.Oak Park Road
Covina, CA 91724


David C. Fine, PA
10729 SW 104 St
Miami, FL 33176


Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0014
```

Diamond Mattress
3112 E. Las Hermanas St.
Compton, CA 90221


Ernest Jordan
1090 NW North River Drive
#304
Miami, FL 33136


Eureka Water
PO Box 26730
Oklahoma City, OK 73126


FedEx
3610 Hacks Cross Road
Memphis, TN 38125


Flexsteel
PO 936791
Atlanta, GA 31193


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0125


FPL General Mail Facility
Miami, FL 33188-0001


Freedom Labor Contractors
P O Box 276
Lowell, FL 32663


Fujiiryoki Inc
371 Van Ness Way
STE 220
Torrance, CA 90501


Funxion White Glove Service LLC
3501 NW 54th Street
Miami, FL 33142


Garrett Realty & Development
2211 North Elston Avenue
Chicago, IL 60614

```
Glades Plaza  L.P.
P.O. Box 209372
Austin, TX 78720-9372


Glades Plaza, L.P
P.O. Box 209372
Austin, TX 78720-9372


Golden Technologies
401 Bridge Street
Old Forge, PA 18518


Harris Pillow Supply
5 Parker Drive
Beaufort, SC 29906


Homtex
2125 2nd Avenue
Cullman, AL 35055


Horizon Properties MMG Plantation CP
18610 N.W. 87 Avenue
Suite 204
Hialeah, FL 33015


Hudson Energy
P.O. Box 142109
Irving, TX 75014


Humanscale
15815 Collections Center
Chicago, IL 60693


Humantouch
4600 East Conant Street
Long Beach, CA 90808-1874


Illinois Department of Revenue
PO 19053
Springfield, IL 62794-9053


Internal Revenue Service
1248 North University Drive
Fort Lauderdale, FL 33322
```

Internal Revenue Service
1111 Constitution Avenue, NW
Washington, DC 20224


JP Morgan Chase Bank N.A.
1450 Brickell Avenue
33 Floor
Miami, FL 33131


JP Morgan Chase Bank N.A.
1450 Brickell Avenue
33 Floor
Miami, FL 33131


K & A MFG. INC
6703 Zinser Street
Schofield, WI 54476


Landers Windwo and Exterior
PO 1904
Ponca City, OK 74602


Lifeform
8018-11500-35th St
SE Calgary, AB T2Z 2W4


Mannington Carpets
75 Mannington Mills Road
Salem, NJ 08079


McCartys
3279 W. Industrial Loop
Coeur D'Alene, ID 83815


Medcom
PO Box 748026
Atlanta, GA 30374


Medley Industrial, LLC
PO Box 645714
Cincinnati, OH 45264


Medley Industrial, LLC
PO Box 645714
Cincinnati, OH 45264

Metlife
PO 1806
San Antonio, TX 78296


Miller Berger
20 North Clark St
Ste. 525
Chicago, IL 60602


Navitas Credit Corp
PO BOX 935204
Atlanta, GA 31193


Navitas Credit Corp
201 Executive Center Drive
Suite 100
Columbia, SC 29210


Netsuite
500 Oracle Parkway
Redwood City, CA 94065


Newport Retirement Services
200 Dryden Road
Dresher, PA 19025


Nicor Gas
PO Box 5407
Carol Stream, IL 60197


OG&E
PO Box 24990
Oklahoma City, OK 73124


Oklahoma Natural Gas
PO Box 219296
Kansas City, MO 64121


Oklahoma Tax Commission
PO 26890
Oklahoma City, OK 73126


OPTP Distribution
PO 47009
Minneapolis, MN 55447-0009

Optum Health
11000 Optum Circle
Eden Prairie, MN 55344


Oracle
2300 Oracle Way
Austin, TX 78741


Paliser Furniture
PO 331789
Detroit, MI 48232


PGA Commons
5100 PGA Blvd
Suite 209
Palm Beach Gardens, FL 33418


PGA Commons
5100 PGA Blvd.
Suite 209
Palm Beach Gardens, FL 33418


PR II LaCenterra
PO Box 856475
Minneapolis, MN 55485


PR II LaCenterra
PO Box 856475
Minneapolis, MN 55485


ProForma
PO Box 640814
Cincinnati, OH 45264-0814


Promventure Limited Partnership
3200 N Federal Hwy
Fort Lauderdale, FL 33306


Pronto Delivery Service LLC
7420 South Cooper
Arlington, TX 76001


Prudential Prudential United States

Public Service Company
PO Box 24401
Canton, OH 04701


Public Service Company
PO 24401
Canton, OH 44701


Quality Plus Cleaning Systems, Inc.
P.O. Box 2526
Fort Lauderdale, FL 33303


Raynor Group
525 Hempstead Turnpike
West Hempstead, NY 11552


Regency Centers LP
Willow Festival
1568 Solutions Center
Chicago, IL 60677-1005


Regency Centers LP - Willow Festival
1568 Solutions Center
Chicago, IL 60677-1005


Relax the Back Corp.
4600 East Conant Street
Long Beach, CA 90808


Relax the Back Corporation
4600 East Conant Street
Long Beach, CA 90808


Relax The Back Corporation
4600 E. Conant Street
Long Beach, CA 90808


RGG Service and Repair
3130 Hernando Street
Miami, FL 33134

Ricardo Reyes, Esq.
Tobin Reyes
Mizner Park Office Tower
Suite 510
Boca Raton, FL 33432


Right Angle Products
6703 Zinser Street
Schofield, WI 54476


Road Runner Recycling
500 Westover Drive
Sanford, NC 27330


Sealy
Box 932621
Atlanta, GA 31193


Splintek
3325 Wyoming Street
Kansas City, MO 64111-3714


Springbrook Prairie Pavilion c/o Edgemar
2215 York Road
Oak Brook, IL 60523


Springbrook Prairie Pavilion c/o Edgemar
2215 York Road
Oak Brook, IL 60523


State Comptroller (Texas)
111 East 17th Street
Austin, TX 78774-0100


T Mobile
PO Box 790047
St. Louis, MO 63179-0047


Technogel US Inc
730 Holiday Dr.
Suite 330
Pittsburgh, PA 15220

```
Tempur Sealy
PO 932621
Atlanta, GA 31193


Tempur-Pedic
P.O. Box 632852
Cincinnati, OH 45263-2852


Terranova Corporation
801 Arthur Godfrey RD.
#600
Miami Beach, FL 33140


Terranova Corporation
801 Arthur Godfrey Road
#600
Miami Beach, FL 33140


The Hartford Billing Company


TM Market Street, LLC
PO Box 846133
Dallas, TX 75284


Town & country
750 Town and Country Blvd
Suite 220
Houston, TX 77024


Town & Country Village
750 Town and Country Blvd
Suite 220
Houston, TX 77024


Town of Medley Water & Sewer Depart.
7777 NW 72 Avenue
Medley, FL 33166


TruckMax
PO 630604
Birmingham, AL 35283
```

```
University Shops
P.O Box 980338
Houston, TX 77098-0338


University Shops
P.O Box 980338
Houston, TX 77098-0338


URS Agents LLC
Suite 650
Duluth, GA 30096


US Acquisition Property XIII, LLC
8252 S Harvard Ave
Ste 100
Tulsa, OK 74137


US Acquisition Property XIII, LLC
8252 S Harvard Ave
Ste 100
Tulsa, OK 74137


VPN, LLC
16368 Morningside Dr.
Edmond, OK 73013


VPN, LLC
16368 Morningside Dr.
Edmond, OK 73013


Worldwide Express FtL
PO Box 733360
Dallas, TX 75373


WRI/Post Oak  Inc.
A# 117880-032520
P.O. Box 30344
Tampa, FL 33630


WRI/Post Oak, Inc
A# 117880-032520
P.O. Box 30344
Tampa, FL 33630
```

```
WSPA.COM
33096 Collection Center Drive
Chicago, IL 60693


Zomma Group
355 ALHAMBRA CIRCLE
SUITE 1100
Miami, FL 33134
```